UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
HENDRIK MUELLER, on Behalf of Himself  :  Civil Action No. 1:24-cv-06423-JHR
and All Others Similarly Situated,         :
                                 :  CLASS ACTION
                 Plaintiff,  :
                                 :  NOTICE OF MOTION FOR
         vs.                :  APPOINTMENT AS LEAD PLAINTIFF
                                 :  AND APPROVAL OF LEAD PLAINTIFF'S
ENDAVA, PLC, JOHN COTTERELL, and  :  SELECTION OF LEAD COUNSEL
MARK THURSTON,              :
                                 :
            Defendants.  :
———————————————————— x

4868-4622-3858.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and time to be determined in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, class members and proposed lead plaintiff City of Fort Lauderdale General Employees' Retirement System and Trust of the Retirement System of the UPR (collectively, the "Retirement Systems") will move for an order appointing the Retirement Systems as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*., and approving the Retirement Systems' selection of Robbins Geller Rudman & Dowd LLP and Abraham, Fruchter & Twersky, LLP as Lead Counsel for the proposed class.  In support of this Motion, the Retirement Systems submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  October 25, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

- 1 -

4868-4622-3858.v1

ABRAHAM, FRUCHTER & TWERSKY, LLP
MITCHELL M.Z. TWERSKY
ATARA HIRSCH
LAWRENCE D. LEVIT
MICHAEL J. KLEIN
450 Seventh Avenue, 38th Floor
New York, NY  10123
Telephone:  212/279-5050
212/279-3655 (fax)
mtwersky@aftlaw.com
ahirsch@aftlaw.com
llevit@aftlaw.com
mklein@aftlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -