UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
HENDRIK MUELLER, on Behalf of Himself :   Civil Action No. 1:24-cv-06423-JHR
and All Others Similarly Situated,     :

                      :   CLASS ACTION
               Plaintiff,   :
                      :   DECLARATION OF SAMUEL H.
       vs.                   :   RUDMAN IN SUPPORT OF MOTION FOR
                      :   APPOINTMENT AS LEAD PLAINTIFF
ENDAVA, PLC, JOHN COTTERELL, and :   AND APPROVAL OF LEAD PLAINTIFF'S
MARK THURSTON,            :   SELECTION OF LEAD COUNSEL
                      :
              Defendants.   :
                      :
———————————————————— x

4884-2000-6386.v1

I, SAMUEL H. RUDMAN, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a partner of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the City of Fort Lauderdale General Employees' Retirement System and Trust of the Retirement System of the UPR's (collectively, the "Retirement Systems") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on August 26, 2024;

Exhibit B:      The Retirement Systems' Sworn Certifications;

Exhibit C:      Estimate of the Retirement Systems' losses, prepared by counsel; and

Exhibit D:      Joint Declaration in Support of Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of October, 2024.

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

- 1 -

4884-2000-6386.v1