# EXHIBIT A

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Endava, PLC (NYSE: DAVA)

🌐 businesswire.com/news/home/20240826736823/en/ScottScott-Attorneys-at-Law-LLP-Files-Securities-Class-Action-Against-Endava-PLC-NYSE-DAVA

August 26, 2024

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the Southern District of New York against Endava, PLC ("Endava" or the "Company") (NYSE: DAVA), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired Endava securities between May 23, 2023, and February 28, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Mueller v. Endava, PLC., et al.*, Case No. 1:24-cv-06423.

Endava provides technology services for clients in consumer products, healthcare, mobility, and retail verticals.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants misled the market regarding demand for Endava's services within its Payments & Financial Services vertical and Banking & Capital Markets vertical.

As the truth about Endava's business reached the market, the price of Endava's stock suffered significant declines, harming investors. For example, on February 29, 2024, before the market opened, Endava filed a Form 6-K with the United States Securities and Exchange Commission, reporting revenues below expectations and drastically cutting revenue guidance for full year 2024. Endava attributed the revenue decline and reduced guidance to "clients [] hesitating on when to commit the sizable spend needed to build production-ready systems." On this news, the price of Endava's common stock declined $26.65, or 42%, to close at $37.17, on unusually heavy trading.

**Lead Plaintiff Deadline**

If you purchased Endava securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Southern District of New York no later than October 25, 2024.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

**What You Can Do**

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.