# EXHIBIT C

Movants' Purchases and Losses

Class Period: 05/23/2023 - 02/28/2024

Endava

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **City of Fort Lauderdale General Employees' Retirement System (ADR)** | 09/05/2023 | 243 | $51.20 | $12,441.43 | held | 16,530 | $33.38 | $551,755.40 | |
| | 09/06/2023 | 152 | $51.67 | $7,854.17 | | | | | |
| | 09/07/2023 | 290 | $51.43 | $14,915.77 | | | | | |
| | 09/08/2023 | 161 | $52.12 | $8,391.67 | | | | | |
| | 09/11/2023 | 402 | $51.58 | $20,733.23 | | | | | |
| | 09/11/2023 | 209 | $51.74 | $10,813.03 | | | | | |
| | 09/12/2023 | 449 | $51.06 | $22,927.42 | | | | | |
| | 09/13/2023 | 329 | $50.81 | $16,717.94 | | | | | |
| | 09/14/2023 | 139 | $52.35 | $7,275.96 | | | | | |
| | 09/15/2023 | 368 | $52.12 | $19,179.31 | | | | | |
| | 09/15/2023 | 851 | $52.59 | $44,749.92 | | | | | |
| | 09/18/2023 | 578 | $50.91 | $29,427.89 | | | | | |
| | 09/19/2023 | 386 | $55.16 | $21,290.18 | | | | | |
| | 09/20/2023 | 138 | $54.44 | $7,512.28 | | | | | |
| | 09/20/2023 | 1,046 | $54.93 | $57,452.49 | | | | | |
| | 09/21/2023 | 441 | $54.19 | $23,898.58 | | | | | |
| | 09/21/2023 | 180 | $53.02 | $9,543.60 | | | | | |
| | 09/22/2023 | 52 | $55.55 | $2,888.57 | | | | | |
| | 09/22/2023 | 37 | $55.07 | $2,037.69 | | | | | |
| | 09/25/2023 | 9 | $57.16 | $514.42 | | | | | |
| | 09/28/2023 | 67 | $57.82 | $3,874.15 | | | | | |
| | 09/29/2023 | 138 | $57.81 | $7,978.41 | | | | | |
| | 10/02/2023 | 86 | $57.32 | $4,929.77 | | | | | |
| | 10/03/2023 | 622 | $55.91 | $34,776.21 | | | | | |
| | 10/04/2023 | 114 | $55.65 | $6,344.04 | | | | | |
| | 10/04/2023 | 90 | $55.84 | $5,026.01 | | | | | |
| | 10/05/2023 | 166 | $54.60 | $9,063.19 | | | | | |
| | 10/06/2023 | 117 | $57.56 | $6,734.91 | | | | | |
| | 10/09/2023 | 131 | $58.40 | $7,650.78 | | | | | |
| | 10/10/2023 | 84 | $60.82 | $5,109.29 | | | | | |
| | 10/12/2023 | 2,472 | $57.33 | $141,718.77 | | | | | |
| | 10/13/2023 | 229 | $56.96 | $13,042.70 | | | | | |
| | 10/13/2023 | 191 | $57.04 | $10,895.38 | | | | | |
| | 10/16/2023 | 96 | $57.64 | $5,533.74 | | | | | |
| | 10/17/2023 | 1,312 | $58.54 | $76,805.66 | | | | | |
| | 10/18/2023 | 245 | $58.02 | $14,214.97 | | | | | |
| | 10/18/2023 | 1,805 | $59.50 | $107,394.07 | | | | | |
| | 10/18/2023 | 808 | $58.77 | $47,482.12 | | | | | |
| | 10/19/2023 | 707 | $57.69 | $40,787.54 | | | | | |
| | 10/19/2023 | 463 | $58.08 | $26,889.60 | | | | | |
| | 10/20/2023 | 127 | $54.83 | $6,963.71 | | | | | |
| | | **16,530** | | **$923,780.58** | | **16,530** | | **$551,755.40** | **($372,025.18)** |
| **Trust of the Retirement System of the UPR (ADR)** | 12/06/2023 | 180 | $66.11 | $11,900.41 | held | 8,640 | $33.38 | $288,394.84 | |
| | 12/06/2023 | 957 | $66.11 | $63,270.52 | | | | | |
| | 12/07/2023 | 483 | $66.03 | $31,891.28 | | | | | |
| | 12/07/2023 | 514 | $67.47 | $34,677.37 | | | | | |
| | 12/08/2023 | 330 | $70.07 | $23,122.74 | | | | | |
| | 12/08/2023 | 188 | $70.19 | $13,196.34 | | | | | |
| | 12/08/2023 | 2,938 | $70.07 | $205,862.43 | | | | | |
| | 12/11/2023 | 110 | $68.60 | $7,545.53 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/14/2023 | 2,050 | $71.86 | $147,310.95 | | | |
| 12/20/2023 | 890 | $74.94 | $66,698.38 | | | |
| | **8,640** | | **$605,475.95** | **8,640** | **$288,394.84** | **($317,081.11)** |
| **Movants' Total** | **25,170** | | **$1,529,256.53** | **25,170** | **$840,150.24** | ***($689,106.29)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $33.38 as of May 28, 2024 for ADR.

Prices listed are rounded up to two decimal places.