# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the motion of City of Fort Lauderdale General Employees' Retirement System ("Fort Lauderdale ERS") and Trust of the Retirement System of the UPR ("TRUST") (collectively, the "Retirement Systems"),  pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as Lead Plaintiff in the pending securities class action on behalf of investors in securities of Endava plc and approval of Lead Counsel.

2. I, Lynn Wenguer, am the Chairperson of the Board of Fort Lauderdale ERS and am authorized to make this Declaration on its behalf.  Fort Lauderdale ERS is a public employee retirement system with more than $600 million in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries.  As reflected in its Certification, Fort Lauderdale ERS purchased thousands of shares of Endava securities during the Class Period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

3. I, Laura Santa Sánchez, am the Acting Executive Director of the TRUST and am authorized to make this Declaration on its behalf.  The TRUST is a single-employer defined benefit pension plan with more than $1.5 billion in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries.  As reflected in its Certification, the TRUST purchased thousands of shares of Endava securities during the Class Period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

- 1 -

4880-7404-4146.v1

4.      Based on prior service in securities class action cases, including as part of small and cohesive groups, we are informed of and understand the requirements and duties imposed by the PSLRA.    We each have personal knowledge about the information in this Joint Declaration relating to our own actions and the movant with which we are individually associated.

5.      In light of our significant financial interests in the relief sought by the class, the Retirement Systems believe that the securities class action claims against Endava should be led by dedicated and sophisticated institutional investors who are committed to maximizing the recovery for all harmed investors.   The Retirement Systems are experienced institutional investors that suffered substantial losses in their investments in Endava securities and thus have a common interest in seeking to recover their losses and those of the other class members through this litigation.

6.      The Retirement Systems' decision to seek appointment as lead plaintiff together was informed by a variety of factors, including our past positive experiences serving as representative parties in securities and shareholder litigation as part of small groups and our complementary trading (each of us having purchased securities at different times during the Class Period) to enable us to provide broad representation to the proposed class.

7.      Before filing our motion, we communicated regarding the merits of this action, the status of the proceedings, the responsibilities of a lead plaintiff appointed pursuant to the PSLRA, the Retirement Systems' ability to work together and to  collaboratively assume the role of lead plaintiff,  and  efforts  to promote effective communication in the future.  We will collaborate on joint decision-making regarding this litigation as needed.  Given our mutual interest in recovering from the defendants in this litigation and our common perspective as sophisticated institutional investors and managers of pension funds, we expect that if appointed, we will fulfill

- 2 -

our fiduciary responsibilities to the proposed class and make joint decisions together in a consensual manner.

8.      The Retirement Systems understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select qualified and experienced Lead Counsel and to monitor this action to ensure it is prosecuted efficiently.   Here, the Retirement Systems have fulfilled this responsibility by selecting Lead Counsel with a proven history of handling this type of complex litigation.

9.      The Retirement Systems will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class of investors by, among other things, reviewing pleadings, monitoring the litigation and significant developments, instructing counsel, attending hearings as warranted, and overseeing future resolution-oriented discussions or negotiations. As  our Certifications attest, we will participate in discovery and trial as necessary.

10.      We believe  our service as Lead Plaintiff, if approved by the Court, and oversight of Lead Counsel will result in an optimal recovery for the putative class.    And, as we have already done, we will continue  to  communicate  with  each  other  and  provide  guidance, insight,  and  direction  to Lead Counsel on major litigation events.

- 3 -

I, Lynn Wenguer, declare under penalty of perjury that the foregoing is true and correct.  Executed this 25 day of October, 2024.

Signed by:

*Lynn Wenguer*

9280CA075842496...

(signature)
Lynn Wenguer
Chairperson of the Board
City of Fort Lauderdale General Employees'
Retirement System

- 4 -

4880-7404-4146.v1

I, Laura Santa Sánchez, declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of October, 2024.

_____
(signature)
Laura Santa Sánchez
Acting Executive Director
Trust of the Retirement System of the UPR

- 5 -

4880-7404-4146.v1