**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENDRIK MUELLER, on Behalf of Himself and All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br>ENDAVA, PLC, JOHN COTTERELL, and MARK THURSTON,<br><br>                         Defendants. | Civil Action No. 1:24-cv-06423-JHR |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**MOTION BY FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and Lead Plaintiff movant, Fulton County Employees' Retirement System ("FCERS" or "Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of its selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:     Notice published August 26, 2024, via *Business Wire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:     FCERS's Certification and Schedule A;

Exhibit C:     FCERS's Loss Chart; and

Exhibit D:     Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 25th day of October 2024.

  *s/ Thomas L. Laughlin, IV*
  Thomas L. Laughlin, IV

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 25, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

_s/ Thomas L. Laughlin, IV_
Thomas L. Laughlin, IV

2