# EXHIBIT B

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Wanda Messina, on behalf of Fulton County Employees' Retirement System ("FCERS"), hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am Chair of the Board of Trustees of FCERS and am authorized to act on its behalf.

2. I have reviewed the Class Action Complaint filed in the matter captioned *Hendrik Mueller v. Endava, PLC, et al.* (the "Complaint"), and authorize the filing of this Certification and Lead Plaintiff Motion on behalf of FCERS.

3. FCERS is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), FCERS purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5. FCERS did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date on which this Certification is signed, FCERS has either served or sought to serve as a representative party on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act:

- *Erie County Employees Ret. Sys. v. Hayward Holdings, Inc., et al.*, Case No. 23-CV-04146 (D.N.J.)

7. FCERS will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __11th__ day of September, 2024.

**FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM**

Wanda Messina
Chair, Board of Trustees

# Schedule A

**ENDAVA PLC- SPON ADR**        **Ticker:**  **DAVA**    **Cusip:**  **29260V105**

Class Period: 05/23/2023 to 02/28/2024

| **FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM** | | **DATE** | **SHARES** | **PRICE** |
|---|---|---|---|---|
| | **Purchases:** | 10/2/2023 | 17,561 | $57.48 |
| | | 10/3/2023 | 4,439 | $55.86 |
| | | 10/3/2023 | 3,828 | $55.74 |
| | **Sales:** | 10/25/2023 | 1,643 | $51.77 |