# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 05/23/2023 to 02/28/2024**

**ENDAVA PLC- SPON ADR**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **DAVA** | **29260V105** | **BZ0WK66** | **US29260V1052** | **$34.00824** | * |

**FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost / Proceeds** |
| Purchase | 10/2/2023 | 17,561 | $57.48 | -$1,009,383.45 |
| Purchase | 10/3/2023 | 4,439 | $55.86 | -$247,975.86 |
| Purchase | 10/3/2023 | 3,828 | $55.74 | -$213,373.49 |
| **Class Period purchases:** | | **25,828** | | **-$1,470,732.79** |
| Sale | 10/25/2023 | 1,643 | $51.77 | $85,061.23 |
| **Class Period sales (matched to Class Period purchases):** | | **1,643** | | **$85,061.23** |
| | LIFO Retained Purchases: | 24,185 | $34.00824 | $822,489.19 |
| | | | **LIFO (Loss):** | **-$563,182.37** |

**\* Value of retained shares sold during the 90 day lookback period is the weighted average of the greater of the mean trading price from 02/29/2024 to the date on which the shares were sold, or the price at which those shares were sold.**