# CRAVATH

Timothy G. Cameron
tcameron@cravath.com
T+1-212-474-1120
New York

September 25, 2024

Application GRANTED.

The Clerk of Court is directed to terminate
ECF No. 12.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: October 28, 2024

*Hendrik Mueller v. Endava, PLC, et al.*, Case No. 1:24-cv-06423-JHR

Dear Judge Rearden,

We represent the defendants Endava plc, John Cotterell and Mark Thurston (collectively "Defendants") in the above-captioned matter.  Together with Plaintiff's counsel in this matter, I write respectfully to submit this joint letter motion, in accordance with Rule 2.E of the Court's Individual Rules and Practices, regarding scheduling in this litigation.  This is the first request for the relief sought herein.

## Background

Plaintiff filed his putative class action complaint (the "Complaint") on August 26, 2024, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the SEC.  (Docket No. 1.)

This action is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which requires the Court to appoint a Lead Plaintiff to oversee the litigation and to approve the Lead Plaintiff's selection of Lead Counsel.  15 U.S.C. § 78u-4(a)(3)(B).  Pursuant to the PSLRA, the deadline to move the Court for appointment as Lead Plaintiff for the putative class in this litigation is October 25, 2024. 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  The parties anticipate that the Lead Plaintiff, once appointed, will file an amended complaint, which will then become the operative complaint and shall supersede the current Complaint.

## Relief Requested

In order to avoid the unnecessary expenditure of judicial and party resources prior to the appointment of a Lead Plaintiff and the filing of an amended complaint, the parties have agreed, and through this letter motion respectfully jointly request that the Court so order, that:

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

1.  Defendants have accepted service of the Complaint, without prejudice to, and without waiver of, any substantive or procedural rights, defenses, objections, positions or arguments in this action, except solely as to the sufficiency of service of process of the Complaint.

2.  Defendants shall not be required to move against, answer, or otherwise respond to the present Complaint.

3.  Lead Plaintiff and Defendants shall submit to the Court a proposed schedule for the filing of an amended complaint and Defendants' response thereto within fourteen (14) days of the appointment of Lead Plaintiff and the Court's approval of Lead Plaintiff's selection of Lead Counsel.

4.  In light of the automatic stay of discovery during the pendency of a motion to dismiss pursuant to the PSLRA, the parties shall not be required to file a joint discovery/case management plan until after the Court rules on any motions to dismiss.

The parties thank the Court for its consideration of this joint letter motion.

Respectfully,

/s/ Timothy G. Cameron

Timothy G. Cameron

The Honorable Jennifer H. Rearden
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

BY ECF

Copy to:

*Counsel for Plaintiff Henrik Mueller*

Thomas L. Laughlin, IV, Esq.
Jonathan Zimmerman, Esq.
Nicholas S. Bruno, Esq.
Matthew A. Peller, Esq.
Scott+Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169

Brian J. Schall, Esq.
The Schall Law Firm
2049 Century Park East, Suite 2460
Los Angeles, CA 90067

VIA ECF AND EMAIL