**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENDRIK MUELLER, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ENDAVA, PLC, JOHN COTTERELL, and MARK THURSTON, <br><br> Defendants. | Civil Action No. 1:24-cv-06423-JHR |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM'S OPPOSITION TO**
**COMPETING LEAD PLAINTIFF AND LEAD COUNSEL MOTION**

1

I, Thomas L. Laughlin, IV, hereby declare as follows, pursuant to 28 U.S.C. §1746:

1.    I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and Lead Plaintiff movant Fulton County Employees' Retirement System ("Fulton County Retirement" or "Movant"), and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's opposition to competing Lead Plaintiff and Lead Counsel motion.

3.    Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:    Ex. A - Puerto Rico Retirement's Certification Filed in *Porter v. Graftech International Ltd*, No. 1:24-cv-00154 (N.D. Ohio), ECF No. 20;

Exhibit B:    Puerto Rico Retirement's Certification Filed in *Shapiro v. Assertio Holdings, Inc.*, No. 1:24-cv-00169 (N.D. Ill.), ECF No. 24;

Exhibit C:    Transcript of Lead Plaintiff Hearing, *In re: Longfin Corp., Secs. Litig.*, No. 1:18-cv-02933 (S.D.N.Y. June 25, 2018);

Exhibit D:    Puerto Rico Retirement's Certification Filed in *Peters v. Twist Bioscience Corporation*, No. 5:22-cv-08168, No. 26-3;

Exhibit E:    Puerto Rico Retirement's Certification Filed in *Schneider v. Natera, Inc.*, No. 1:22-cv-00398, No. 17-2;

Exhibit F:    Puerto Rico Retirement's Certification Filed in *Zornberg v. NAPCO Security Technologies, Inc.*, No. l:23-cv-06465, No. 10-4;

Exhibit G:    Puerto Rico Retirement's Certification Filed in *Allegheny County Employees' Retirement System v. AdaptHealth Corp*, No. 2:23-cv-04104, No. 16-4;

Exhibit H:    Puerto Rico Retirement's Certification Filed in *North Collier Fire Control and Rescue District Firefighters' Pension Plan v. Mercury Systems, Inc.*, No. 1:23-cv-13065, No. 17-2;

Exhibit I:    University of Puerto Rico's Financial Statements and Reports and Schedule Required by Uniform Guidance for the year ended June 30, 2023;

Exhibit J:    Commonwealth of Puerto Rico, Basic Financial Statements and required Supplementary Information, dated June 30, 2022;

Exhibit K:    Richard Gutiérrez, *Pay-Up Time*, THE SAN JUAN DAILY STAR (Aug. 16, 2023); and

Exhibit L:    Puerto Rico Retirement's Complaint Filed in *Retirement System of the UPR v. UPR*, No. SJ2023CV04406 (P.R. C.I.F.), Dkt. No. 1.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 8th day of November, 2024.

                                         *s/ Thomas L. Laughlin, IV*
                                         Thomas L. Laughlin, IV

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

4