# EXHIBIT E

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Samuel Nales Pérez, as Executive Director of the University of Puerto Rico Retirement System ("Plaintiff"), having the authority to provide this Certification on Plaintiff's behalf, hereby declare as follows:

1. I have reviewed the Class Action Complaint for Violations of Federal Securities Laws filed in *Schneider v. Natera, Inc. et al.*, No. 1:22-cv-00398 (W.D. Tex.), and have authorized the filing of a similar complaint and a motion for Plaintiff's appointment as lead plaintiff.

2. Plaintiff did not engage in transactions of the Natera, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any other private action arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the Natera, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5. During the three-year period preceding the date of this Certification, Plaintiff has sought to serve or served as a representative party on behalf of a class in the following cases filed under the federal securities laws: *In re Diebold Nixdorf, Inc. Securities Litigation*, No. 19-cv-06180 (S.D.N.Y.)[1]; *Utesch v. Lannett Company, Inc. et al.*, No. 16-cv-05932 (E.D. Pa.); and *University of Puerto Rico Retirement System v. USA Technologies, Inc. et al.*, No. 19-cv-16597 (D.N.J.).

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

---

[1] This action was consolidated with *City of Livonia Retiree Health and Disability Benefits Plan v. Diebold Nixdorf, Incorporated et al.*, No. 5:19-cv-01887 (N.D. Ohio).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __4__ day of _____May_____, 2022.

_____

**SAMUEL NALES PÉREZ**
*Executive Director,*
*University of Puerto Rico Retirement System*

### SCHEDULE A

## UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM'S
### Transactions in Natera, Inc. Common Stock (NTRA)
### During the Class Period of February 26, 2020 through April 19, 2022

| Transaction Date | Transaction Type | Quantity | Price Per Share |
|---|---|---|---|
| 04/05/2021 | Purchase | 750 | $105.1546 |
| 04/06/2021 | Purchase | 775 | $105.8780 |
| 04/07/2021 | Purchase | 517 | $102.9964 |
| 07/15/2021 | Purchase | 720 | $113.5014 |
| 09/17/2021 | Purchase | 617 | $125.0737 |
| 11/01/2021 | Purchase | 543 | $118.8944 |
| 12/17/2021 | Purchase | 696 | $93.8432 |
| 03/10/2022 | Sale | (4,618) | $42.9580 |