# EXHIBIT F

# CERTIFICATION OF UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Cristina Alcaraz, Esq., on behalf of the University of Puerto Rico Retirement System ("UPRRS"), declare the following as to the claims asserted or to be asserted under the federal securities laws:

1. I am the Executive Director of UPRRS. I am authorized to execute this certification on behalf of UPRRS and authorized to initiate this litigation on behalf of UPRRS.

2. I have reviewed the complaint filed in *Zornberg v. NAPCO Security Technologies, Inc.*, No. 1:23cv6465, ECF No. 1 (E.D.N.Y. Aug. 29, 2023).

3. I have authorized UPRRS's counsel in this action, Wolf Popper LLP, to file a motion for appointment as lead plaintiff in this action on behalf of UPRRS.

4. UPRRS did not engage in transactions in the securities that are the subject of the complaint at the direction of its counsel or in order to participate in this or any other litigation under the federal securities laws.



5. UPRRS is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. UPRRS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

6. UPRRS has made no transactions during the class period in the securities that are the subject of the complaint except those set forth in Exhibit A hereto.

7. UPRRS has not, within the three years preceding the date of the certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except as set forth below:

1

- *Schneider v. Natera, Inc.*, No. 22-cv-00398 (W.D. Tex.) (not appointed lead plaintiff)

- *Utesch v. Lannett Co., Inc.*, No. 16-cv-05932 (E.D. Pa.) (appointed lead plaintiff and certified as class representative; case is ongoing)

- *In re USA Techs., Inc. Sec. Litig.*, No. 19-cv-04565-JHS (E.D. Pa.) (not appointed lead plaintiff; named plaintiff on behalf of a securities act subclass and certified as a class representative as part of settlement approved on 10/30/2020)

- *Peters v. Twist Bioscience Corp.*, No. 3:22-cv-8168 (N.D. Cal.) (not appointed lead plaintiff)

8.      UPRRS will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ⟨24⟩ day of October, 2023

By: _____

Cristina Alcaraz Esq.
Executive Director
University of Puerto Rico Retirement System

2

## EXHIBIT A

**Transactions in**
**NAPCO Security Technologies, Inc. Common Stock (NASDAQ: NSSC)**

| PURCHASE OR SALE | TRADE DATE | QUANTITY | PRICE PER SHARE |
|---|---|---|---|
| Purchase | 3/15/2023 | 190 | $31.84 |
| Purchase | 3/15/2023 | 690 | $31.47 |
| Purchase | 3/15/2023 | 539 | $31.84 |
| Purchase | 3/16/2023 | 630 | $33.65 |
| Purchase | 3/16/2023 | 788 | $34.12 |
| Purchase | 3/16/2023 | 270 | $33.65 |
| Purchase | 3/17/2023 | 1,400 | $33.58 |
| Purchase | 3/17/2023 | 926 | $34.15 |
| Purchase | 3/17/2023 | 3,261 | $33.58 |
| Purchase | 3/20/2023 | 1,166 | $33.75 |
| Purchase | 3/21/2023 | 804 | $34.95 |
| Purchase | 3/21/2023 | 550 | $34.95 |
| Purchase | 3/21/2023 | 1,076 | $34.73 |
| Purchase | 3/30/2023 | 154 | $36.84 |
| Purchase | 3/30/2023 | 350 | $37.14 |
| Purchase | 3/30/2023 | 626 | $37.14 |



3