UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

HENDRIK MUELLER, on Behalf of Himself : Civil Action No. 1:24-cv-06423-JHR
and All Others Similarly Situated, :
                                           : CLASS ACTION
                   Plaintiff, :
                                           : DECLARATION OF DAVID A.
       vs. : ROSENFELD IN SUPPORT OF REPLY IN
                                           : FURTHER SUPPORT OF THE
ENDAVA, PLC, JOHN COTTERELL, and : RETIREMENT SYSTEMS' MOTION FOR
MARK THURSTON, : APPOINTMENT AS LEAD PLAINTIFF
                                           :
                   Defendants. :
                                           :

———————————————————— x

4866-6015-9994.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a partner of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the City of Fort Lauderdale General Employees' Retirement System and Trust of the Retirement System of the UPR's (collectively, the "Retirement Systems") Reply in Further Support of the Retirement Systems' Motion for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    *Dobina v. Weatherford Int'l Ltd.*, No. 1:11-cv-01646-LAK-JCF, Memorandum of Law in Support of the Motion of the Public Retirement Systems for Appointment as Lead Plaintiff and for Approval of Its Selection of Lead Counsel (S.D.N.Y. May 9, 2011);

Exhibit B:    *Dobina v. Weatherford Int'l Ltd.*, No. 1:11-cv-01646-LAK-JCF, Joint Declaration of the Public Retirement Systems in Support of Their Motion for Appointment of Lead Plaintiff and Lead Counsel (S.D.N.Y. May 9, 2011);

Exhibit C:    *Smilovits v. First Solar, Inc.*, No. 2:12-cv-00555-DGC, Retirement Funds Group's (1) Motion for Appointment as Lead Plaintiff and for Approval of Selection of Scott+Scott LLP as Lead Counsel, and (2) Memorandum of Law in Support Thereof (D. Ariz. May 15, 2012;

Exhibit D:    *Smilovits v. First Solar, Inc.*, No. 2:12-cv-00555-DGC, Joint Declaration of Gary Stiles and Glenn S. Klocko in Support of the Retirement Funds Group Motion for Appointment as Lead Plaintiff and for Approval of Its Selection of Lead Counsel (D. Ariz. May 15, 2012;

Exhibit E:    *Shenk v. Mallinckrodt plc*, No. 1:17-cv-00145-EGS, Memorandum of Points and Authorities in Support of Motion of the Institutional Investors for Consolidation, Appointment as Lead Plaintiffs, and Approval of Counsel (D.D.C. Mar. 27, 2017); and

Exhibit F:    Trust of the Retirement System of the UPR's Corrected Certification.

.

- 1 -

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of November, 2024.

_s/ David A. Rosenfeld_
DAVID A. ROSENFELD

4866-6015-9994.v1