# EXHIBIT B

**JOINT DECLARATION OF THE PUBLIC RETIREMENT SYSTEMS IN SUPPORT OF THEIR MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1. The undersigned, on behalf of putative Class member lead plaintiff movants Fulton County Employees' Retirement System ("Fulton County"), City of Grand Rapids General Retirement System (the "Grand Rapids General Fund"), City of Grand Rapids Police & Fire Retirement System (the "Grand Rapids Police & Fire Fund") and Fort Worth Employees' Retirement Fund ("Fort Worth") (collectively the "Public Retirement Systems"), respectively, make this joint declaration in support of their motion for appointment as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Motion").  The undersigned have personal knowledge of the facts set forth herein and, if called as witnesses, could and would testify competently thereto.

2. The Public Retirement Systems purchased the securities of Weatherford International Ltd. during the Class Period, and suffered substantial losses in connection therewith.  On behalf of each, we declare our individual and collective commitment to serving as a lead plaintiff in this litigation.  Each understands and appreciates the fiduciary obligations attendant to being appointed lead plaintiff.

3. The Public Retirement Systems will endeavor to provide fair and adequate representation and to work together with lead counsel to obtain the largest recovery for the putative class consistent with good faith and sound judgment.

4. In connection with the joint prosecution of the litigation, Fulton County, the Grand Rapids General Fund, the Grand Rapids Police & Fire Fund and Fort Worth each agrees upon the following protocol for managing the litigation:

   a. Each accepts their responsibilities as lead plaintiff and each is committed to serve as such in order to maximize any recovery for the Class.

   b. To effectively, efficiently and economically oversee this litigation, the Public Retirement Systems will continue to regularly communicate with lead counsel regarding the litigation as needed to keep informed of the progress of the litigation and to make decisions

1

Case 1:11-cv-01846-DLC   Document 16-4   Filed 03/05/11   Page 3 of 6

concerning the management of the litigation.  In that regard, the Public Retirement Systems agree to have a minimum of quarterly telephonic conferences with each other and lead counsel. The Public Retirement Systems also agree that lead counsel or any of its members may convene a meeting on 24-hours notice, as necessary, by contacting Scott+Scott LLP, who will promptly facilitate a conference call.

c.       The Public Retirement Systems agree that all decisions will be by consensus.  In the unlikely event that Fulton County, the Grand Rapids General Fund, the Grand Rapids Police & Fire Fund and Fort Worth are unable to reach a consensus on a given issue, they and lead counsel will present in person (or telephonically to facilitate speedy and efficient resolution) their respective positions to a retired federal judge and/or experienced mediator, who will render a binding decision.

d.       The Public Retirement Systems have directed lead counsel to advise them promptly of all major litigation events, including significant briefing, hearings and strategic decisions, and to facilitate participation in such matters.  The Public Retirement Systems further require that copies of all pleadings such as plaintiffs' consolidated complaint, plaintiffs' opposition to any motions to dismiss, plaintiffs' briefs regarding class certification and other briefs on dispositive matters, be provided to each member in a timely fashion.

e.       The Public Retirement Systems require that lead counsel convey to them any settlement overtures made by defendants and that, consistent with the best interests of the Class, the action not be settled without the Public Retirement System's consultation.

f.       Consistent with §21D(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. §78u-4(a)(4)), each of the Public Retirement Systems' respective "share[s] of any final judgment or of any settlement that is awarded… shall be equal, on a per share basis, to the portion of the final judgment or settlement awarded to all other members of the class."  It is the Public Retirement Systems' understanding that there is no "bonus" or "incentive fee" for serving

as lead plaintiff. *See* 15 U.S.C. §78u-4(a)(4). Fulton County, the Grand Rapids General Fund, the Grand Rapids Police & Fire Fund and Fort Worth seek nothing individually or as a group in addition to that which is expressly consistent with §21D(a)(4).

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this ⁹ᵗʰ day of May, 2011 at  ___Atlanta, Georgia___  (City, State)

_____
Gary Stiles, Chairman

_____
Michael Kramer, Esq.
*On behalf of Fulton County Employees' Retirement System*


Executed this _____ day of May, 2011 at _____ (City, State)

_____
Peggy Korzen, Executive Director

*On behalf of the City of Grand Rapids General Retirement System and the City of Grand Rapids Police & Fire Retirement System*


Executed this _____ day of May, 2011 at _____ (City, State)

_____

*On behalf of the Fort Worth Employees' Retirement Fund*

3

as lead plaintiff. *See* 15 U.S.C. §78u-4(a)(4). Fulton County, the Grand Rapids General Fund, the Grand Rapids Police & Fire Fund and Fort Worth seek nothing individually or as a group in addition to that which is expressly consistent with §21D(a)(4).

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of May, 2011 at _____ (City, State)

_____
Gary Stiles, Chairman

_____
Michael Kramer, Esq.
*On behalf of Fulton County Employees' Retirement System*

Executed this 9th day of May, 2011 at Grand Rapids, MI (City, State)

_____
J. Patrick Scripps, Chairman
*On behalf of the City of Grand Rapids General Retirement System and the City of Grand Rapids Police & Fire Retirement System*

Executed this _____ day of May, 2011 at _____ (City, State)

_____
*On behalf of the Fort Worth Employees' Retirement Fund*

3

as lead plaintiff. *See* 15 U.S.C. §78u-4(a)(4). Fulton County, the Grand Rapids General Fund, the Grand Rapids Police & Fire Fund and Fort Worth seek nothing individually or as a group in addition to that which is expressly consistent with §21D(a)(4).

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of May, 2011 at _____ (City, State)

_____
Gary Stiles, Chairman

_____
Michael Kramer, Esq.
*On behalf of Fulton County Employees' Retirement System*

Executed this _____ day of May, 2011 at _____ (City, State)

_____
J. Patrick Scripps

*On behalf of the City of Grand Rapids General Retirement System and the City of Grand Rapids Police & Fire Retirement System*

Executed this _9th_ day of May, 2011 at _Fort Worth, TX_ (City, State)

_____
Ruth Ryerson, Executive Director

*On behalf of the Fort Worth Employees' Retirement Fund*

3