# EXHIBIT D

SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
Garrett W. Wotkyns
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0144
Fax: (866) 505-8036
gwotkyns@schneiderwallace.com

SCOTT+SCOTT LLP
Joseph P. Guglielmo
500 5th Avenue, 40th Floor
New York, NY 10110
Telephone: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com

*Counsel for Proposed Lead Plaintiff*
*Retirement Funds Group*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| MARK SMILOVITS, Individually and on Behalf of All Other Persons Similarly Situated, | No. 2:12-cv-00555 |
| | Hon. David G. Campbell |
| Plaintiff, | JOINT DECLARATION OF GARY STILES AND GLENN S. KLOCKO IN SUPPORT OF THE RETIREMENT FUNDS GROUP MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL |
| vs. | |
| FIRST SOLAR, INC., MICHAEL J. AHEARN, ROBERT J. GILLETTE, MARK R. WIDMAR, JENS MEYERHOFF, and JAMES ZHU, | |
| Defendants. | |

JT. DECL. OF GARY STILES AND GLENN S. KLOCKO ISO MTN. OF THE RETIREMENT FUNDS
FOR APPT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL
2:12-cv-00555-DGC

1. Pursuant to 28 U.S.C. §1746, the undersigned, on behalf of putative class members and lead plaintiff movants Fulton County Employees Retirement System and City of Bristol Pension Fund (collectively, the "Retirement Funds Group"), respectively, make this joint declaration in support of their motion for appointment as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Motion"). The undersigned have personal knowledge of the facts set forth herein and, if called as witnesses, could and would testify competently thereto.

2. I, Gary Stiles, Chairman of the Fulton County Employees Retirement System ("Fulton County"), am authorized to make this declaration on behalf of Fulton County. Fulton County is a sophisticated institutional investor with experience serving as lead plaintiff in litigation alleging violations of the federal securities laws, having previously served as lead plaintiff in *Fulton County Employees Retirement System v. MGIC Investment Corporation et al.*, 2:08-cv-00458-LA (E.D. Wisc.). As detailed in Fulton County's court filings, the fund suffered substantial losses from its Class Period purchases of First Solar, Inc. ("First Solar") securities.

3. I, Glenn S. Klocko, Comptroller and Trustee of the City of Bristol Pension Fund ("City of Bristol"), am authorized to make this declaration on behalf of the City of Bristol. The City of Bristol is a sophisticated institutional investor with experience serving as lead plaintiff in litigation alleging violations of the federal securities laws and is currently serving as lead plaintiff in *City of Royal Oak Retirement System v. Juniper Networks, Inc., et al.* 5:11-cv-04003-LHK (N.D. Cal.). As detailed in the City of Bristol's court filings, the plan suffered substantial losses from its Class Period purchases of First Solar securities.

4. On behalf of the Retirement Funds Group, we confirm our individual and collective commitment to serving as a lead plaintiff in this litigation. Each of us understands and appreciates the fiduciary obligations attendant to being appointed

lead plaintiff. We understand that each of us, possessing substantial Class Period losses, could have chosen to separately move for appointment as lead plaintiff. However, based on our desire to gain the benefits of joint decision-making and to share litigation risks, we affirmatively decided that it would be a benefit to ourselves and the class we seek to represent if we, together, sought appointment as lead plaintiff. Our decision to work together also furthers the purpose for the enactment of the Private Securities Litigation Reform Act of 1995 – to encourage institutional investors to serve as lead plaintiffs in securities litigation.

5.    The Retirement Funds Group will endeavor to provide fair and adequate representation and to work together with lead counsel to obtain the largest recovery for the putative class consistent with good faith and sound judgment.

6.    In connection with the joint prosecution of the litigation, the Retirement Funds Group agrees on the following protocol for managing the litigation:

a.    Each member of the Retirement Funds Group accepts their responsibilities as lead plaintiff and each is committed to serve as such in order to maximize any recovery for the Class.

b.    To effectively, efficiently and economically oversee this litigation, the Retirement Funds Group will continue to regularly communicate with lead counsel regarding the litigation as needed to keep informed of the progress of the litigation and to make decisions concerning the management of the litigation. In that regard, the Retirement Funds Group agrees to have a minimum of quarterly telephonic conferences with each other and lead counsel. The Retirement Funds Group also agrees that it or any of its members may convene a meeting on 24-hours notice, as necessary, by contacting our counsel, Scott+Scott LLP, who will promptly facilitate a conference call.

JT. DECL. OF GARY STILES AND GLENN S. KLOCKO ISO MTN. OF THE RETIREMENT FUNDS FOR APPT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL
2:12-cv-00555-DGC

c.      The Retirement Funds Group agrees that all decisions will be by consensus.   Given our obligations to the class and shared common interest in maximizing recovery for all investors, we fully expect to reach unanimous decisions on issues arising in this litigation.   In the unlikely event that the members of the Retirement Funds Group are unable to reach a consensus on a given decision, they and lead counsel will present in person (or telephonically to facilitate speedy and efficient resolution) their respective positions to a retired federal judge and/or experienced mediator, who will render a binding decision.

d.      The Retirement Funds Group has directed Scott+Scott LLP to promptly advise it of all major litigation events, including significant briefing, hearings and strategic decisions, and to facilitate participation in such matters.   The Retirement Funds Group further requires that copies of all pleadings such as plaintiffs' amended complaint, plaintiffs' opposition to any motions to dismiss, plaintiffs' briefs regarding class certification and other briefs on dispositive matters, be provided to each member in a timely fashion.

e.      The Retirement Funds Group requires that lead counsel convey to them any settlement overtures made by defendants and that, consistent with the best interests of the Class, the action not be settled without consultation with the Retirement Funds Group's.

f.      Consistent with §21D(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. §78u-4(a)(4)), each of the Retirement Funds Group's respective "share of any final judgment or of any settlement that is awarded… shall be equal, on a per share basis, to the portion of the final judgment or settlement awarded to all other members of the class." It is the Retirement Funds Group's understanding that there is no "bonus" or "incentive fee" for serving as lead plaintiff. *See* 15 U.S.C. §78u-4(a)(4). The members of the Retirement Funds Group seek nothing individually or as

JT. DECL. OF GARY STILES AND GLENN S. KLOCKO ISO MTN. OF THE RETIREMENT FUNDS FOR APPT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

2:12-cv-00555-DGC

- 3 -

a group in addition to that which is expressly consistent with §21D(a)(4).

7. After careful consideration, we selected and retained the law firm of Scott+Scott LLP to serve as our counsel in this matter should the Retirement Funds Group be appointed as lead plaintiff. We are confident that Scott+Scott LLP will provide zealous representation for the class. We also believe that that Schneider Wallace Cottrell Brayton & Konecky, LLP, the firm we have selected to serve as liaison counsel, is well qualified for that role.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____11____ day of May, 2012 at Atlanta, Georgia.

_____
Gary Stiles, Chairman

*On behalf of the Fulton County Employees Retirement System*

Executed this _____ day of May, 2012 at Bristol, Connecticut.

_____
Glenn S. Klocko, Comptroller and Trustee

*On behalf of the City of Bristol Pension Fund*

JT. DECL. OF GARY STILES AND GLENN S. KLOCKO ISO MTN. OF THE RETIREMENT FUNDS FOR APPT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL
2:12-cv-00555-DGC

- 4 -

a group in addition to that which is expressly consistent with §21D(a)(4).

7.    After careful consideration, we selected and retained the law firm of Scott+Scott LLP to serve as our counsel in this matter should the Retirement Funds Group be appointed as lead plaintiff.  We are confident that Scott+Scott LLP will provide zealous representation for the class.  We also believe that that Schneider Wallace Cottrell Brayton & Konecky, LLP, the firm we have selected to serve as liaison counsel, is well qualified for that role.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of May, 2012 at Atlanta, Georgia.

_____
Gary Stiles, Chairman

*On behalf of the Fulton County Employees Retirement System*

Executed this ____ day of May, 2012 at Bristol, Connecticut.

_____
Glenn S. Klocko, Comptroller and Trustee

*On behalf of the City of Bristol Pension Fund*

JT. DECL. OF GARY STILES AND GLENN S. KLOCKO ISO MTN. OF THE RETIREMENT FUNDS FOR APPT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL
2:12-cv-00555-DGC

- 4 -