UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

HENDRIK MUELLER

Plaintiff,

-v.-

ENDAVA, PLC et al.,

Defendants.

---------------------------------------------------------------x

ORDER

24 Civ. 6423 (JHR) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

IT IS HEREBY ORDERED AS FOLLOWS:

1) In light of the parties' agreement that discovery must be stayed pending the filing of plaintiff's planned Amended Complaint and the defendants' planned filing of a motion to dismiss, the Rule 16 conference scheduled for August 27, 2026, is adjourned sine die.

2) An Amended Complaint shall be filed by October 23, 2026.

3) Defendants' deadline to respond to the Amended Complaint is extended to December 23, 2026.

4) Any motion to dismiss is returnable before Judge Rearden and shall comply with her Individual Practices. Any application with respect to the briefing schedule on this motion should be made to Judge Rearden after the Amended Complaint is filed.

5) In the event the motion to dismiss is not granted, the parties shall, within 7 days of the decision, file a proposed scheduling order in accordance with Docket # 37.

6) At the parties' request, the Clerk is directed to change the caption of this action to "In re Endava, PLC Securities Litigation."

Dated: August 26, 2026
New York, New York

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge