AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In re Endava, PLC Securities Litigation
*Plaintiff*
v.

*Defendant*

Case No. 1:24-cv-06423-JHR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Fulton County Employees' Retirement System .

Date: 10/22/2026

/s/ Donald A. Broggi
*Attorney's signature*

Donald A. Broggi (DB-9661)
*Printed name and bar number*

Scott+Scott Attorneys at Law LLP
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
*Address*

dbroggi@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*

Print Save As... Reset