**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Endava, PLC Securities Litigation* | Case No. 1:24-cv-06423-JHR<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

# TABLE OF CONTENTS

I. SUMMARY OF THE ACTION ..........1

II. JURISDICTION AND VENUE ..........6

III. PARTIES ..........8

A. Lead Plaintiffs ..........8

B. Defendants ..........8

IV. SUBSTANTIVE ALLEGATIONS ..........9

A. Endava's Success Depends on Its Ability to Build and Convert Its Sales Pipeline to Revenue, Which Defendants Closely Track ..........9

B. Endava's Business Grew Significantly In 2021 and 2022 ..........12

C. Endava's Revenue Growth Stalled at the End of 2022 and Start of 2023, as Defendants Blamed a Temporary "Paus[e]" by Clients and March 2023 Bank Failures ..........14

D. Throughout 2023 the Sales Pipeline Cratered as Endava Lost Business with Existing Clients and Failed to Land New Ones ..........17

1. Throughout the Class Period, Long-Time Clients Ended, Reduced, or Indefinitely Delayed Orders at Endava ..........17

2. Throughout the Class Period, Endava Also Failed to Land New Business and Expand into New Regions and Verticals ..........21

E. Defendants' Guidance During the Class Period Did Not Reflect the Problems Endava Was Experiencing with Its Pipeline ..........25

F. Defendant Cotterell Unloads over $10.6 Million in Endava ADS at Inflated Prices While Touting the False Turnaround Story ..........25

G. The Truth Emerges on February 29, 2024: No Turnaround, a Stalled Pipeline, and an Almost 42% Collapse in Endava's ADS Price ..........27

V. DEFENDANTS MADE FALSE AND MISLEADING STATEMENTS IN VIOLATION OF THE FEDERAL SECURITIES LAWS ..........31

A. Defendants' False and Misleading Statements About Endava's Pipeline ..........31

1. May 23, 2023 Earnings Call ..........32

2. May 31, 2023 Cowen Conference ..........34

3. June 7, 2023 William Blair Conference ....................35

4. September 19, 2023 Earnings Call ....................36

5. November 15, 2023 Earnings Call ....................38

6. November 16, 2023 Morgan Stanley Conference ....................40

7. November 16, 2023 J.P.Morgan Conference ....................41

8. November 29, 2023 UBS Conference ....................42

9. December 12, 2023 TD Cowen Conference ....................43

B. Defendants Attributed Endava's Decline to Temporary Macroeconomic Events, Rather than Widespread Internal Problems ....................45

1. May 23, 2023 Earnings Call ....................45

2. May 31, 2023 Cowen Conference ....................48

3. June 7, 2023 William Blair Conference ....................48

4. September 19, 2023 Earnings Call ....................49

C. Endava's FY2023 Form 20-F Characterized Harms that Had Already Materialized as Mere Hypothetical Risks ....................49

VI. ADDITIONAL SCIENTER ....................51

A. Defendants Received and Had Access to Internal Data Showing that Endava's Sales Activity and Pipeline Were Declining During the Class Period ....................51

B. Defendants Repeatedly Assured the Market They Closely Tracked Endava's Pipeline and Had Clear Visibility into Whether It Would Convert into Revenue ....................53

C. In 2023, Cotterell Pursued the GalaxE Acquisition to Address Endava's Pricing Problem While Touting Endava's Pipeline ....................55

D. Cotterell Unloaded over $10.6 Million in Endava ADS During the Class Period After Multiple Years of Not Selling, Including $1.3 Million-Worth of ADS Just Three Days Before the Truth Emerged ....................56

VII. LOSS CAUSATION ....................57

VIII. CLASS ACTION ALLEGATIONS ....................59

IX. APPLICABILITY OF THE FRAUD-ON-THE-MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE ....................61

X. NO SAFE HARBOR ....................63

XI. COUNTS....................64

XII. PRAYER FOR RELIEF ....................68

XIII. JURY TRIAL DEMANDED....................69

Lead Plaintiffs City of Fort Lauderdale General Employees' Retirement System ("Fort Lauderdale"), Trust of the Retirement System of the UPR ("UPR Trust"), and Fulton County Employees' Retirement System ("Fulton County") (collectively, "Lead Plaintiffs"), by and through their attorneys, and on behalf of all others similarly situated, allege the following as to Lead Plaintiffs and Lead Plaintiffs' own acts, and upon information and belief, as to all other matters, based on the investigation conducted by and through Lead Plaintiffs' attorneys, which includes, among other things, a review of U.S. Securities and Exchange Commission ("SEC") filings made by Endava plc ("Endava" or the "Company"), analyst and media reports, conference call transcripts, Company press releases, interviews with former Company employees, and other publicly available information. Lead Plaintiffs believe that substantial, additional evidentiary support will exist for the allegations set forth herein.

## I. SUMMARY OF THE ACTION

1. Lead Plaintiffs bring this federal securities class action on behalf of themselves and a class (the "Class") consisting of all persons and entities that purchased or otherwise acquired Endava's American Depositary Shares ("ADS") between May 23, 2023, and February 28, 2024, inclusive (the "Class Period"). Lead Plaintiffs' claims are asserted under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and SEC Rule 10b-5 promulgated thereunder.

2. The Defendants are Endava, its Chief Executive Officer ("CEO") John Cotterell ("Cotterell"), and Chief Financial Officer ("CFO") Mark Thurston ("Thurston").

3. Endava is a software consulting and engineering firm that builds and maintains technology products and solutions for a diverse array of businesses. Originally founded in 2000, at first, Endava mainly focused on payments and financial services work, principally in the United Kingdom and Europe. In 2021, Endava heavily expanded its North American presence and its

presence in what it calls the "Rest of the World," largely by acquiring other companies and their clients. By the start of the Class Period in 2023, Endava's clients included banks, airlines, insurers, logistics companies, media and telecommunications companies, and private equity-backed portfolio companies.

4. Endava's business model depends on developing its "pipeline"—the potential client projects it is pursuing at any given time and converting those projects into revenue. That includes growing and maintaining orders from existing clients and from new clients, such as those obtained in acquisitions.

5. This case arises from misrepresentations Defendants made to investors in 2023 regarding the strength of its pipeline, and their related attempts to assure the market that Endava's stalling revenue was due to temporary issues, which their pipeline was supposedly overcoming. In truth, leading up to and throughout the Class Period, Endava's pipeline was struggling to generate orders. Large existing clients were leaving Endava or scaling back, clients acquired in acquisitions were leaving Endava, and few new clients were placing orders. Endava's poor performance was systemic, not temporary—as Defendants admitted at the end of the Class Period, after Cotterell made over $10 million of insider sales at prices artificially inflated by their misrepresentations.

6. Endava experienced rapid growth in calendar years 2021 and 2022. Its annual revenue rose from roughly £383 million at the end of calendar year 2020 to roughly £750 million in 2022, the number of clients spending at or over £1 million per year more than doubled, and its total clients grew from about 520 to over 700.

7. That growth stalled by December 2022, causing revenue to flatten off in the quarter ending March 2023. On May 23, 2023 (the first day of the Class Period), Endava released its results for the first three months of 2023, which included a cut to Endava's fiscal year ("FY")

ending on June 30, 2023, revenue guidance. On that day's earnings call, Defendants told investors that the Company's slowdown was the result of Endava's clients merely "pausing existing spend" and "add[ing] another level of due diligence" at their year-end 2022 technology review, as well as a short-lived pullback by Endava's private equity ("PE") clients, triggered by a series of bank failures in March 2023. However, on the same call, Defendants assured the market that Endava's business had "stabilized," and that Endava's "sales activity [during the existing fiscal 4Q] is the highest we've ever seen by some distance." During the remainder of the calendar year, Defendants repeatedly reassured investors that the pipeline "we've got is big," new work was "commencing and scaling," clients "have budget for us," and Endava had sealed "very big deals."

8. These statements about Endava's forthcoming revenue, among others, were materially false and misleading. In reality, at the start of the year and continuing throughout 2023, Endava's sales activity and pipeline were declining. Its existing clients had been cutting, not "pausing," their business with Endava, while numerous significant prospective deals with new clients never advanced. Over a dozen former Endava employees ("FEs") detail how and why Endava's pipeline failed throughout the Class Period, as existing clients cut back or cancelled work worth tens of millions of dollars to Endava; prospective clients withdrew from discussions and stopped advancing through the pipeline; and deals stalled in their early stages. As one high-ranking FE explained, "all [of Endava's] customers were scaling back and pulling back spend in 2023," and another FE confirmed that Endava was in "a long period of a dire pipeline" that began in 2022 and had continued throughout 2023.

9. Likewise, Defendants' claim that Endava's slowdown was merely the result of short-term macroeconomic issues was materially false and misleading. Instead, the FEs describe undisclosed, systemic problems at Endava that undermined the Company's pipeline and performance. This included Endava's inability to match its competitors' lower prices or superior

brand recognition. In addition, after Endava acquired companies, it often failed to retain their legacy clients or gain new ones for their business lines. Indeed, Defendants' excuses were belied by the performance of Endava's competitors, which, by contrast, held relatively steady performance or grew during the same period, in the same economic environment, while Endava's pipeline and earnings collapsed.

10. Defendants closely tracked and knew of Endava's struggling pipeline and performance issues when they made the false and misleading statements denying those problems. Throughout the Class Period in 2023 and 2024, Endava held regular business review meetings, which Cotterell and Thurston at times attended and which always included discussions of the sales pipeline and revenue. Cotterell and Thurston also received reports on Endava's forecasts, targets, revenue, and pipeline, including which deals were stalling and which were progressing. Indeed, by Defendants' own accounts, they watched Endava's pipeline and client deals closely and "forecast business bottom up every month."

11. Defendant Cotterell was motivated to make the false and misleading statements in order to support substantial insider sales he made during the Class Period when the price of Endava's ADS was artificially inflated. Cotterell, who had not reported a sale of Endava ADS in over two years, sold more than $10.6 million of his shares from September 2023 through February 2024. For example, on September 19, 2023, Cotterell told investors that Endava was "seeing real signs of improvement," and just two days later, he sold over $1 million-worth of Endava ADS. Notably, in mid-November 2023, Defendants raised Endava's fiscal 2024 guidance, and Cotterell told investors that the dip in Endava's business "is being overtaken by the new project work that's coming through." Cotterell then sold approximately $1.3 million-worth of Endava ADS on November 24 and 27, 2023, and another approximately $2.8 million-worth in late December 2023, as Endava's ADS price traded near its Class Period high. Cotterell's final Class Period sale, of

$1.3 million-worth of ADS on February 26, 2024, was just three days before the corrective disclosure.

12. After the insider selling ended, on February 29, 2024, before the market opened, Defendants revealed the truth—that there had been no turnaround and that Endava's pipeline had been struggling to produce revenue. That morning, Defendants issued a press release disclosing results for the quarter ended December 31, 2023, revealing that total revenue had fallen 10.6% and profit before tax had fallen approximately 50% against the same period in the prior year. Endava also slashed fiscal year 2024 revenue guidance by about £70 million and guided revenue for the next quarter to at least a 13.5% decline against the same period the prior year. These disclosures were the materialization of the longstanding, undisclosed problems the FEs describe: a faltering pipeline, clients across Endava's business cutting their spending, deals that never closed or stalled before they produced revenue, and the failure of Endava's recent acquisitions to hit their performance targets.

13. To those points, on that morning's earnings call, Cotterell finally admitted that "clients are hesitating" and that "spend is being deferred as clients continue to be cautious." Indeed, far from a temporary December 2022 "paus[e]" or a short-lived, bank failure-induced pullback that Defendants had claimed, the February 2024 disclosures revealed there was no "pent-up demand," as Cotterell had previously claimed. Instead, Thurston now admitted that deals were stalling in discovery "across all industry verticals."

14. Far from a "firming" pipeline, as Thurston had claimed just three months earlier, Defendants cut the remainder of Endava's fiscal 2024 guidance (i.e., January to June 2024) by about £70 million.

15. Defendants also revealed internal issues like pricing were hurting their performance. In discussing the Company's pending acquisition of GalaxE, which would provide

Endava with cheaper, offshore pricing, Cotterell admitted that the move was about Endava's need to improve its "competitive pricing." Defendants also revealed that Endava's recent acquisitions were failing. That day, Endava cut by £9.9 million the performance-based payments it expected to make to sellers of recently acquired businesses, revealing those businesses' failings.

16. On these revelations, the price of Endava's ADS plummeted $26.65, or 41.76%, from $63.82 to $37.17 per ADS. This was the worst single-day decline in the Company's history, erasing over $1 billion in market capitalization, on volume of more than 5.3 million ADS. The February 29, 2024 close was more than 53% below the Class Period high that Endava's ADS price had reached just five weeks earlier due to Defendants' repeated misrepresentations. Analysts immediately tied the ADS price collapse to the very issues Defendants had misrepresented. For example, Morgan Stanley cut its valuation of Endava's ADS due to the "[d]elayed pipeline conversion and push for lower pricing from customers" and J.P.Morgan added that Endava "has to reestablish credibility with the street."

## II. JURISDICTION AND VENUE

17. The claims asserted herein arise under §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

18. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and §27 of the Exchange Act (15 U.S.C. §78aa).

19. The Court has personal jurisdiction over Defendants and venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and §27 of the Exchange Act (15 U.S.C. §78aa(a)) because, among other things, substantial acts in furtherance of the alleged fraud or the effects of the fraud occurred in this Judicial District. Many of the acts charged herein, including the preparation and dissemination of materially false and/or misleading information, occurred in

substantial part in this Judicial District. Furthermore, the Company's ADS is listed on the New York Stock Exchange (the "NYSE"), a national securities exchange located in this Judicial District. Therefore, the alleged illegal conduct was carried out, in part, in this Judicial District. In addition, this Court has personal jurisdiction over Defendants because Defendants engaged in conduct within the United States that constituted significant steps in furtherance of the violation of the federal securities laws alleged herein; and/or because Defendants, whether within or outside of the United States, engaged in conduct that had a foreseeable substantial effect within the United States.

20. During the Class Period, Defendants Cotterell and Thurston also purposefully availed themselves of this forum by presenting at numerous investor conferences in the United States and in this Judicial District, including: Thurston's May 31, 2023 presentation at the TD Cowen 51st Annual Technology, Media & Telecom Conference, in New York, New York; Thurston's June 7, 2023 presentation at the William Blair 43rd Annual Growth Stock Conference, in Chicago, Illinois; Cotterell's November 16, 2023 presentation at the J.P.Morgan Ultimate Services Investor Conference, in New York, New York; and Thurston's November 29, 2023 presentation at the UBS Global Technology Conference, in Scottsdale, Arizona. As such, the Court has personal jurisdiction over Defendants.

21. Further, in connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the U.S. mail, interstate telephone and wire communications, and facilities of a national securities exchange.

## III. PARTIES

### A. Lead Plaintiffs

22. Lead Plaintiffs Fort Lauderdale, UPR Trust, and Fulton County, as set forth in their previously filed certifications (ECF Nos. 18-2, 20-2), purchased Endava's ADS during the Class Period and suffered damages as a result of Defendants' violations of the federal securities laws alleged herein.

### B. Defendants

23. Defendant Cotterell founded Endava in 2000 and has served as its CEO and on its Board of Directors ("Board") ever since. Throughout the Class Period, Cotterell made statements on the Company's earnings calls and at analyst and investor conferences, which, as alleged herein, violated the federal securities laws and contained materially false and/or misleading statements and omissions.

24. Defendant Thurston has been Endava's CFO and a member of its Board since April 2015. Throughout the Class Period, Thurston made statements on the Company's earnings calls and at analyst and investor conferences, which, as alleged herein, violated the federal securities laws and contained materially false and/or misleading statements and omissions. On September 21, 2026, Thurston was placed on administrative leave from the Company and replaced by an interim CFO. According to a press release issued that day, Endava's Audit Committee had recommended the full Board take action following "concerns" raised by the Company's outside auditors regarding Endava's "accounting treatment of certain customer and supplier agreements and related matters." As of the date of this filing, an independent investigation into Endava's accounting and Thurston's role is still ongoing.

25. Cotterell and Thurston, because of their positions with Endava, had the power and authority to control the contents of the Company's statements to investors, analysts, and other

market participants, and during the Class Period did exercise that power and authority and had the ability and opportunity to prevent the issuance of the statements challenged herein, or cause them to be corrected, but failed to do so. Because of their positions and access to material, non-public information, Cotterell and Thurston knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that contrary representations that Defendants made were materially false, misleading, and/or contained material omissions. Cotterell and Thurston are liable for the false and misleading statements and omissions alleged herein.

## IV. SUBSTANTIVE ALLEGATIONS

26. Endava consults on, develops, and upgrades software platforms and solutions. It operates across four geographies: North America; the UK; Europe; and the Rest of the World ("RoW"). Endava also reports its revenue by industry "vertical." Through fiscal year 2023 (i.e., the fiscal year ended June 30, 2023), Endava reported three verticals: Payments and Financial Services ("PFS"); Technology, Media and Telecommunications ("TMT"); and Other. Beginning with its results for the quarter ended September 30, 2023, Endava separated those into six verticals: Payments; Banking and Capital Markets ("BCM"); Insurance; TMT; Mobility; and Other.[1]

### A. Endava's Success Depends on Its Ability to Build and Convert Its Sales Pipeline to Revenue, Which Defendants Closely Track

27. Endava's growth depends in large part on its ability to build and convert its sales pipeline—the potential projects the Company is pursuing at any given time. The pipeline includes new business from prospective clients and additional work from existing clients. Existing clients have historically supplied the overwhelming majority of Endava's revenue.

---

[1] As part of the reorganization, beginning with its Form 6-K reporting results for the quarter ended September 30, 2023, filed on November 15, 2023, Endava re-presented its FY 2023 revenue to show what each of the new verticals generated during that period.

28. Converting the pipeline into revenue is a multi-step process. As Cotterell explained, Endava's revenue forecasts were based on "a mixture of contracted business, committed business and pipeline business." Once a client engages Endava, the work typically begins with an initial discovery phase in which it helps clients figure out the scope of their projects and then next steps. This work produces revenue only if the client then commits to the project and the engagement "ramp[s] up into the production phase."

29. Endava tracks every opportunity in its pipeline in its customer relationship management ("CRM") systems, which FEs identified as BWS and Microsoft Dynamics. FE1 was a Senior Vice President of Business Development at Endava from June 2021 to November 2023, who led the North American media and entertainment sales team. FE1 explained that all potential deals and their stages were tracked in BWS. According to FE1, "[e]veryone had access to it," including executive management. FE1 stated that forecasting was also done via BWS, and everyone at the Company entered in BWS all the information for any deals or opportunities they were working on at the time.

30. FE2 was a Payment Solutions Executive at Endava from November 2022 to April 2024, a sales role under the PFS and later the Payments vertical. According to FE2, Endava's CRM kept close track of clients, salespersons, delivery managers, work to be done, and amounts to be charged, tracking each stage of the pipeline, including: the initial meeting with potential clients; when potential clients confirmed what work they needed done; proposals sent to potential clients; and when deals closed.

31. FE3, an Insurance Executive in Endava's PFS and later Insurance vertical from May 2022 to May 2024, stated that there was a monthly update of the pipeline generated through Microsoft Dynamics that everyone in sales could access, and that salespeople were asked to update their sales numbers twice a week.

32. Endava used this data to forecast its revenue. As CFO Thurston explained during the Class Period, Endava assigns each opportunity a probability of closing that rises as the deal advances: an opportunity "starts off at 10% and then it goes to 90%" as it "goes down towards signing the contract"; from this data, Endava builds its revenue models, "forecast[ing] business bottom up every month" and "scrutiniz[ing] the pipeline and the conversion rates." Similarly, CEO Cotterell explained, during the Class Period, that Endava "attach[es] weightings to the pipeline on the basis of how well-progressed it is," which includes "our likelihood of actually winning and closing that business." Moreover, as FE4, Endava's Global Head of Demand Generation and Operations from November 2022 to October 2025, recalled, Endava's sales organization maintained a "predictive pipeline" showing the potential revenue from each client or opportunity.

33. FE4 was one of the senior leaders of Endava's marketing organization, worked across multiple Endava verticals, and reported directly to Chief Marketing Officer Scott Harkey. According to FE4, s/he was given visibility into the sales pipeline and sales revenue targets. Beginning in October 2023, FE4 presented marketing forecasts at Endava's monthly marketing leadership team meetings and, for a period, met monthly with Chief Operating Officer Julian Bull to discuss the forecast.

34. FE4 also described Endava's regular business review meetings. Although FE4 began attending those meetings in 2024, s/he confirmed that they were regularly occurring in 2023 with the same participants, including, at times, Cotterell, Thurston, and legal counsel. According to FE4, these meetings always included discussions about the sales pipeline and revenue, and a finance employee who attended them produced reports for Cotterell and Thurston on predictions, targets, revenue, pipeline, and which deals were stalling and progressing. As FE4 put it, referring to 2023, "[c]ertainly there were reports of the pipeline put in front of Cotterell and Thurston."

**B. Endava's Business Grew Significantly In 2021 and 2022**

35. Founded in 2000, Endava's business and pipeline originally focused on software that enabled financial services, especially in the United Kingdom and Europe, to receive online payments, but this changed in the years before the Class Period.

36. By 2021, Endava used acquisitions to expand into North America and into additional industries. Those industries included transportation and aviation—which Endava would soon group into its newly formed "Mobility" vertical—as well as energy, utilities, and consumer and retail products, which were grouped into its "Other" vertical. By FY 2023, Endava had tripled the number of its North American employees. Endava was also heavily investing in expanding operations in RoW, particularly in Asia-Pacific, where it grew from just five employees in 2021 to over 1,000 two years later.

37. For example, in April 2021, Endava acquired Levvel LLC ("Levvel"), a Charlotte-based technology strategy and engineering consulting firm, adding an established book of U.S. clients to Endava's client roster. Endava's acquisitions contributed to its rapid growth in calendar years 2021 and 2022.[2]

38. Total revenue nearly doubled, from £383 million in calendar year 2020 to £551 million in calendar year 2021 to £751 million in calendar year 2022. Profit before tax also rose; in the quarter ending December 31, 2020, Endava earned £10.6 million profit before tax, and in the quarter ending December 31, 2022, it earned £20.3 million.

39. From May through August 2023, Endava acquired Australia-based technology firm Mudbath & Co Pty Ltd ("Mudbath"); Australia-based software developer DEK Technologies

---

[2] Endava's fiscal year ends June 30; 1Q ends September 30; 2Q ends December 31; 3Q ends March 31; and 4Q ends June 30.

("DEK"); and U.S.-based TLM Partners, Inc. ("TLM"), a provider of outsourced development services for video games and other digital entertainment.

40. According to FE5, a Senior Vice President of Aviation and Travel at Endava from May 2021 to November 2023, rather than building brand awareness through broad-based marketing, Endava routinely acquired established companies to gain immediate access to their client portfolios and local market relationships, relying heavily on a targeted acquisition strategy to drive expansion. FE6, a Vice President of Sales and Client Partner at Endava during the entire Class Period from 2023 through 2024, likewise described Endava's reliance on acquiring established companies to gain immediate access to their client portfolios. FE7, a Financial Services & Payments Consultant at Endava from May 2021 to February 2024, who joined Endava through its acquisition of Levvel, corroborated this, explaining that any growth Endava experienced at this point was primarily attributable to acquisitions rather than organic business growth, because when Endava acquired a company, the company typically brought its existing customers with it. FE8, a Delivery Manager, and later Senior Industry Advisor, for Aviation at Endava from October 2023 to March 2026, similarly stated that much of Endava's client base had been obtained through acquisitions rather than organic customer growth.

41. Likewise, FE9, a Senior Business Development Manager in Endava's BCM vertical from the second half of 2023 through January 2025, explained that because Endava had little to no name or brand recognition, at least in the United States, the Company was heavily dependent on hiring employees with existing client contacts, acquiring companies with existing clients, and cold calling for clients. FE9 similarly identified the Levvel transaction as an example of Endava's acquisition-driven growth.

42. In large part due to the Levvel acquisition, Endava's North America revenue immediately jumped from £32.6 million in the quarter ended March 31, 2021, to £49.4 million in

the quarter ended June 30, 2021, climbing to a peak of £68.7 million in the quarter ended September 30, 2022. This rate of growth in North America dramatically outpaced Endava's growth in the other geographical regions.

### C. Endava's Revenue Growth Stalled at the End of 2022 and Start of 2023, as Defendants Blamed a Temporary "Paus[e]" by Clients and March 2023 Bank Failures

43. On May 23, 2023, the first day of the Class Period, Endava reported results for the three months ended March 31, 2023. That quarter, Endava's revenue declined sequentially for the first time in almost three years, from £205.2 million to £203.5 million, while the number of clients paying Endava £1 million or more a year slipped from 156 to 155. Defendants cast blame in two directions. First, they claimed that in the December 2022 technology budget reviews, "some clients added another level of due diligence to their decision-making cycles, slowing the commencement of new projects and, in some cases, pausing existing spend as they reassess their priorities." But on the same May 23, 2023 earnings call, Cotterell assured investors that client hesitation had passed, and Endava had "seen an uptick in activity in February, which resulted in March being our highest revenue month in our history." Second, Defendants blamed March 2023 bank failures, which Cotterell said "triggered another wave of caution," causing Endava's "PE portfolio company clients" to have "curtailed spend sharply," such that "[t]he drop in revenue in Q4 from Q3 is down to PE portfolio company reductions, with the rest of the business flat."[3] However, on the same call, Defendants again assured investors that the pullback was already over: Cotterell stated that the PE clients' curtailed spending "has now stabilized," and Thurston added that "we do think the PE business side has stabilized as indeed has the non-PE side."

---

[3] In March 2023, U.S. and foreign regulators closed and brokered the acquisition of multiple banks, including Silicon Valley Bank, Signature Bank, and Credit Suisse.

44. In reality, the slowdown was not a temporary technology budget review pause that had passed by February 2023, and the client pullback began well before the March 2023 bank failures. Instead, the FEs describe a broad decline in client spending that cut across Endava's entire business, not just in the PE sector, that began at the end of 2022 and continued throughout the whole of 2023.

45. Endava's clients generally allocate funding for technology projects in their annual budgets at the end of each calendar year. As Thurston acknowledged, "most of our clients are December year-end," and because decisions to fund or cancel technology projects are generally made during that annual process, what a client decides at the end of one year often determines the work Endava will or will not receive over the following 12 months.

46. By the end of 2022, Endava's pipeline was suffering from a pullback in client interest and orders that negatively impacted it throughout the Class Period. According to FE1, "coming into 2023, things were pretty soft," as clients informed the Company at the start of the year of their decisions to cut off spending at Endava. This trend continued throughout the year, FE1 observed, as "all [of Endava's] customers were scaling back and pulling back spend in 2023," "everything was delayed," and "the numbers were bad across the board." FE1 further stated that s/he "would be shocked if anyone was saying we weren't expecting soft numbers" in 2023.

47. FE10, a Senior Project Manager in Endava's Financial Services group from early 2021 to October 2024 who joined Endava through the Levvel acquisition, and whose team was positioned as the "North American arm" of the Financial Services segment, managed a portion of Endava's sales pipeline. FE10 similarly described "a long period of a dire pipeline" that began slowing in mid-2022 and continued throughout 2023.

48. FE11 was a Senior Agile Project Manager in Endava's PFS and later Payments vertical from November 2021 to June 2023, responsible for overseeing end-to-end software

delivery, tracking project milestones, managing budgets, and allocating team resources. FE11 stated that s/he became aware of the decline as early as December 2022, explaining that business activities had substantially slowed by December 2022, and there was a significant change in the business, with very little customer interest in Endava's services. For example, FE11 described how First Bank, a large Colorado-based financial institution worth $1.0 million to $1.5 million per quarter to Endava, did not renew its contract after it expired at the end of 2022 or early 2023. FE11 stated that Endava learned in January 2023 that the contract would end.

49. FE11 noted that there was little or nothing in the sales pipeline and that existing projects were not being extended, and by the end of 2022 or start of 2023, clients had slowed their purchases of Endava's services, resulting in significant declines, delays, and cancellations of projects, and contracts were not being renewed. As FE11 put it, "the writing was on the wall" in early 2023. This slowdown continued throughout FE11's tenure with Endava, which ended in June 2023, when Endava laid off FE11 and numerous other employees due to a lack of work.

50. FE12 was a Delivery Manager in Endava's Payments vertical from February 2021 to November 2023, who participated in monthly forecasting meetings with Endava's project management office and sales group. FE12 similarly recalled a drop in the volume of work in early 2023, as projects stalled or got cancelled. According to FE12, in 2023 there was not enough work, and there were "a lot more people put on the bench" throughout the Company. For example, one of FE12's projects, which "had at least another three months of tail," ended in February 2023, and the client had come to that decision a month or two earlier. FE12 was involved in two projects that were started and then cancelled altogether, each worth about $250,000 to $400,000 in projected revenue for Endava, and was aware of at least three cancellations overall. FE12 further stated that s/he was aware of no direct impact on Endava's projects from the March 2023 banking collapse.

### D. Throughout 2023 the Sales Pipeline Cratered as Endava Lost Business with Existing Clients and Failed to Land New Ones

51. After assuring investors on the May 23, 2023 earnings call that the early 2023 pullback had "stabilized," Defendant Cotterell then claimed that Endava's "Q4 [2023] sales activity is the highest we've ever seen by some distance." Defendants made similar statements throughout the Class Period, such as Cotterell's November 2023 claim that "we are seeing streams of work coming through," and as detailed below, even raised Endava's guidance in November 2023 based on the purported strength of the pipeline.

52. In reality, Endava's pipeline cratered throughout the Class Period, as existing clients cut back and cancelled work; prospective clients withdrew from discussions; and deals stalled before they could convert into revenue. These failures were not limited to PE clients or specific verticals, and they did not abate as the Class Period progressed.

#### 1. Throughout the Class Period, Long-Time Clients Ended, Reduced, or Indefinitely Delayed Orders at Endava

53. Unbeknownst to investors, Endava's long-time clients, across its business verticals and regions, began cutting back or ending their work with Endava in early 2023, and the losses continued throughout the year. These were significant losses that reduced Endava's pipeline by millions of dollars. For example, as described below, by early 2023, Endava's work for logistics company Lineage, one of its largest accounts, was shrinking. By April 2023, another large account, Primis Bank, had stopped doing business with Endava. Over the course of 2023, Endava's travel business also hemorrhaged major clients. Delta Air Lines ("Delta") cut back its work with Endava, and Endava's relationships with Ryanair and Aer Lingus came to an end. Meanwhile, a New York credit union scaled back its business with Endava, and a major payments client departed. All told, Endava lost business from existing clients in 2023 that, at their peak, generated at least $40 million to $60 million a year for Endava. And as client work dried up,

Endava placed growing numbers of employees on the bench and, beginning in mid-2023, began laying them off.

54. FE7, whose responsibilities included managing BCM client relationships and overseeing business development, went on personal leave at the beginning of calendar year 2023. When FE7 returned in April 2023, s/he was surprised to see that Endava was no longer "flushed with work," that there was "a noticeable change" in client activity, and that business activity had substantially slowed, including that existing projects were not being extended and that s/he was no longer hearing prospective clients' names being discussed. According to FE7, as clients bought less from Endava, projects were scaled back or cancelled outright, which ultimately led Endava to cut its workforce.

55. One example, according to FE7, was Endava's contract with Primis Bank—a Virginia institution that Cotterell touted as recently as May 2022, when he stated on an earnings call that Endava was building "a digital core platform" for Primis Bank. According to FE7, who was assigned full time to the Primis Bank engagement from May 2021 through the end of 2022, this was a "significant project" for Endava, staffed by approximately five or six Endava employees at any given time, for which Endava served as systems integrator, writing code, performing technical development, consulting, and managing the project. FE7 estimated that Primis Bank paid Endava approximately $1 million to $1.5 million per quarter. When FE7 returned from leave in April 2023, Primis Bank had ceased doing business with Endava, and the employees assigned to the engagement had either already left the project or were rolling off with approximately two weeks remaining.

56. Endava also lost ground with major clients it obtained through acquisitions. Lineage, one of Endava's largest accounts, was a real estate logistics client that came to Endava through its 2021 acquisition of Levvel. According to FE5 and FE11, Lineage accounted for

between $30 million and $40 million in annual revenue and, according to FE5, was "a ton of work." According to FE11, Endava's consulting work and billable hours on the Lineage account shrank substantially either at the end of 2022 or start of 2023. FE11 also stated that Lineage began hiring Endava's employees around the start of 2023. According to FE5, beginning in late 2022 and continuing throughout 2023, Endava was unable to secure additional projects or expand its existing work with Lineage, as Lineage began hiring personnel to handle projects internally and engaged other vendors. As a result, FE5 explained, "this account was continuously shrinking" and, by early 2023, Endava was reduced to "managing the shrinkage."

57. Another example was Delta, a long-time client that came to Endava through the Levvel acquisition. FE13 was a Lead Product & Experience Strategist at Endava from March 2019 to January 2025, and likewise saw clients decreasing work across Endava in 2023, with projects "across the board" not going well, and an increase in employees placed on the bench, including him/herself, leading up to layoffs that began in mid-2023. FE13 worked on two Delta assignments. During the first assignment, which ended at the end of 2022, all of FE13's hours were billed to Delta, and FE13's Delta team numbered eight to 10 people. The second was more limited "for cost reasons"; it began in spring or early summer 2023, with the team shrunk to about five Endava employees and only 60% of FE13's hours billed to Delta, with the rest spent almost entirely on the bench.

58. According to FE8, Delta had paid Endava approximately $6 million a year at its peak. FE8 stated that, in November 2023, s/he attended a meeting with Endava's Technology Partner for Travel and Delta's Senior Vice President of Technology at which Endava pitched proposals to address Delta's "pain points," but Delta was not interested. FE8 immediately warned his/her superiors that Endava was likely to lose Delta or, at a minimum, that Delta would pull back its business, and recalled that details of the meeting were shared with senior sales leadership,

including Endava's Global Sales Leader and Global Client Director. This was not news to Endava's management. According to FE8, in earlier meetings with Delta representatives before FE8 joined Endava, Delta had already warned Endava's executive management about a reduction in paying work from Delta, and ultimately Delta renewed for only approximately $1 million a year to maintain the existing software—an inflight platform—that Endava already provided.

59. According to FE5, Endava's Senior Vice President of Aviation and Travel, Delta was Endava's only significant North American airline client, yet when meeting with airline clients in 2023, s/he frequently encountered people who had never heard of Endava, and even Delta was unfamiliar with the Company.

60. Endava also lost other long-standing airline clients. According to FE8, the Delivery Manager for Aviation, Endava lost Ryanair and Aer Lingus in 2023. Nor could Endava grow the airline-industry accounts it still had. According to FE8, in late 2023, Endava attempted to grow its engagements with Datalex plc, a travel technology company, whose products are used by airlines for merchandising, and Travelport Worldwide Ltd., for which Endava performed information security work, into larger engagements. Those accounts, each worth $1 million or less annually, failed to grow, FE8 explained.

61. FE9 identified another financial institution that began pulling back from Endava in 2023, this one a New York-based credit union. According to FE9, this credit union was worth approximately $1 million to $2 million in annual revenue, and began scaling back its business with Endava in 2023.

62. FE9 observed that by late 2023, Endava, as a whole, was not performing well and that operational activity had begun to slow, with client losses, non-renewals, and declining market penetration. FE9 stated that Endava's prices were higher than those of its competitors, which contributed to the Company's loss of business. For example, according to FE9, Endava missed

contractual deadlines in 2023 on a project for a payment clearing company ("PCC") formed by the nation's five largest banks that generated approximately $3 million to $5 million in annual revenue for Endava. The PCC client escalated its delivery concerns to Endava's management approximately three or four times, and raised complaints again during a status call in early 2024 and was also dissatisfied with Endava's pricing, which was higher than its competitors'. According to FE9, these issues ultimately led to the termination of the business relationship.

### 2. Throughout the Class Period, Endava Also Failed to Land New Business and Expand into New Regions and Verticals

63. Given the widespread loss of Endava's large existing clients, it needed to fill its pipeline with substantial business from new clients not just to offset those losses, but to also restore growth. That did not happen either, as Endava faced the same struggles with new clients that it did with existing ones.

64. The FEs describe how Endava's sales efforts produced little new business or new clients in its pipeline during the Class Period. According to one FE, throughout 2023, sales fell quarter to quarter, and less than 1% of the leads one sales team brought in closed. In the second half of 2023, several of the Fortune 20 companies with which another FE had been in serious discussions withdrew, including two that had already received internal approvals, were included in Endava's pipeline, and had been projected to generate approximately $10 million in annual revenue. And two FEs reported that from late 2023 into early 2024, Endava went roughly six months with no new work in the pipeline, and from October 2023 on it did not win "one new logo." As described below, Endava's high prices and limited brand recognition left it at a disadvantage in winning new clients and expanding into new regions and verticals.

65. FEs responsible for winning new clients describe a failure that lasted throughout 2023. FE2, whose role was to generate leads by booking meetings with potential clients, stated that there were "less projects turning into real work" throughout the year, and that "it was a lot

harder for us to get sales, and a lot harder to get people to talk to us." According to FE2, sales "definitely went down quarter to quarter" during 2023, "[a]lmost nobody was hitting their quota, not even the senior sales guys," and s/he "had no leads that were actually closing." FE2's boss told him/her that he "didn't see the purpose of [his/her] position, because less than 1% of the leads [his/her team] brought in closed."

66. FE6, whose role was responsible for sales to large clients from before the Class Period in 2023 through after the end of the Class Period in 2024, throughout 2023 received "zero" leads through Endava's system, explaining that "nothing came through the system." And after April 2023, FE7 worked on multiple proposals to potential new clients in 2023, including a national bank that ultimately did not follow up with Endava and a global foreign exchange currency provider that established only a limited working relationship with Endava and generated modest billable work.

67. The failure continued in the second half of 2023. Between July and December 2023, several of FE6's Fortune 20 prospects withdrew from or discontinued discussions, including two that had already received the necessary internal approvals to move forward and had been included in Endava's pipeline, and were projected to generate approximately $10 million in annual revenue for Endava. FE3, whose role was sales to new clients, went to the U.S. in September and October 2023 because "the U.S. was flailing" after a "clear out" of all U.S. sales leadership. According to FE3, the sales pipeline was "in the toilet" at the time, and by the start of 2024 it was clear that the pipeline was "in trouble," and salespeople had "really big targets" even though "we hadn't met last year's [i.e., 2023's] targets." And FE10 described "a good six months with no new work in the pipeline," which s/he estimated ran from the last three months of 2023 into the first three months of 2024.

68. FEs who joined Endava in the second half of 2023 saw the same failure. FE9, who began working as a Senior Business Development Manager, targeting banking and capital markets clients in the second half of 2023, stated that Endava faced substantial challenges acquiring new clients. And FE8, who joined Endava in October 2023, stated that during his/her tenure, the Company did not win "one new logo" or "one new piece of business in any of their business operational sectors," and that s/he observed declining revenue, declining sales, and an absence of new logos across any of Endava's business segments.

69. The FEs also attributed Endava's failure to win new clients in significant part to its prices. FE2 explained that Endava being a "premium provider" with "higher prices than most" made it especially difficult to get clients in 2023. FE9 likewise explained that Endava's services were expensive and that it charged higher prices than its competitors. And FE10 characterized Endava as "priced pretty expensively," at a "premium consulting price" comparable to Accenture or KPMG, and explained that Endava's prices on projects that used only North American resources were "not competitive"; in FE10's view, the only way to compete was to use much less expensive delivery centers, but banks do not like to use resources outside the United States.

70. Endava's limited brand recognition compounded the problem, particularly in the United States, where Endava was trying to expand. FE6, FE5, FE9, and FE8 each described Endava's lack of brand recognition. According to FE6, Endava lacked large, recognizable U.S. clients whose names could enhance its credibility with prospective clients, while several of its competitors were already well established and recognized in the American marketplace and used that disparity to their advantage. FE6 also stated that Endava faced intense competition in the United States from larger and more diversified IT services providers, including Globant and EPAM. FE5 likewise explained that Endava's limited brand recognition and lack of a strong U.S. client base made it harder for the sales team to establish credibility with prospective clients and

generate new business, and FE8 stated that Endava lost business to competitors because those competitors had greater name recognition and stronger branding.

71. Endava's attempts to buy its way into new regions and verticals also failed. In May and June 2023, Endava acquired two Australia-based firms: Mudbath, whose clients spanned industries including retail, mining, and health; and DEK, a developer of telecommunications and embedded software. In August 2023, Endava acquired U.S.-based TLM, a developer for video games and other digital entertainment. At the time of these acquisitions, Endava agreed to pay the sellers of those businesses additional consideration, known as an "earn-out," if the acquired business met specified conditions after the acquisition, typically revenue and EBITDA targets. But these acquisitions failed during the Class Period, after Endava took them over, and Endava reduced its earn-out payouts for these acquisitions by at least £9.9 million, by reducing Mudbath by about half and DEK and TLM to zero.

72. In sum, prior to and throughout the Class Period, Endava's pipeline was struggling across the board. Existing and acquired clients, including multiple key large clients, were not placing new orders on Endava's pipeline at all, were placing reduced orders, or placed orders that never advanced. Few new clients placed orders on Endava's pipeline either, and when they did, if they advanced at all, the orders were small. And Endava faced this weak pipeline throughout its various regions and business verticals. Between the tens of millions of dollars Endava's pipeline was losing from existing customers, and Endava's inability to offset those losses let alone grow Endava's business through the addition of new clients to the pipeline, there was never any improvement or turnaround in Endava's business. In truth, Endava's performance suffered from these systemic, widespread, and continuous pipeline and performance problems leading up to and throughout the Class Period.

**E. Defendants' Guidance During the Class Period Did Not Reflect the Problems Endava Was Experiencing with Its Pipeline**

73. Endava's guidance throughout the Class Period reflected Defendants' stabilization and recovery story rather than the Company's actual struggling pipeline and systemic performance problems. On May 23, 2023, the first day of the Class Period, Defendants, citing the bank failure-induced "pullback," cut Endava's fiscal 2023 revenue guidance from £812 million–£817 million to £792 million–£794 million, while assuring the market that the pipeline had "stabilized."

74. On September 19, 2023, Defendants issued fiscal 2024 revenue guidance of £780 million–£795 million, essentially flat with fiscal 2023 revenue of just under £795 million, which was premised on a recovery in the second half of the fiscal year, given Endava's sequential revenue decline. Indeed, on that day's earnings call, Cotterell told investors that Endava was "seeing real signs of improvement, which will impact our second half of fiscal year 2024."

75. On November 15, 2023, despite three consecutive quarters of declining revenue, Defendants raised fiscal 2024 guidance to £791 million–£805 million. At the same time, Defendants guided 2Q 2024 revenue to just £184 million–£185 million, a fourth consecutive quarterly decline and about 10% below the same quarter a year earlier. Therefore, to reach the raised annual range, Endava's revenue in 3Q and 4Q 2024 would each have to be about 15% above the 2Q 2024 guide. Defendants assured investors that was happening due to the purported strong pipeline.

**F. Defendant Cotterell Unloads over $10.6 Million in Endava ADS at Inflated Prices While Touting the False Turnaround Story**

76. The misrepresentations and guidance that Defendants made during the Class Period artificially inflated Endava's ADS price. Cotterell used that window to make substantial insider sales.

77. On May 23, 2023, the first day of the Class Period, Defendants told investors that the Company's pipeline "has now stabilized." Six days later, on May 29, 2023, Cotterell, who had not reported a sale of Endava ADS in over two years, adopted a Rule 10b5-1 trading plan, scheduling trades for the latter half of calendar year 2023 and the beginning of 2024.

78. Cotterell's sales began on September 21, 2023, two days after the September 19, 2023 earnings call, on which he told investors that Endava was "seeing real signs of improvement, which will impact our second half of fiscal year 2024," and that clients "have budget for us." Within a week, Cotterell sold 40,000 ADS for approximately $2.2 million.

79. Cotterell kept selling as Defendants promoted a recovery in the second half of FY 2024 (i.e., January through June 2024). Between October 24 and November 3, 2023, he sold 57,565 ADS for approximately $3 million. On November 15, 2023, Cotterell told investors that "we continue to see sizable new opportunities entering and progressing through our funnel" and that "the uplift in the second half continues to firm up." Nine days later, on November 24 and 27, 2023, he sold another 20,000 ADS for approximately $1.3 million. Then, on December 22 and 26, 2023, with Endava's ADS trading near its Class Period high, Cotterell sold 37,570 ADS for approximately $2.8 million, his largest sales of the Class Period.

80. Cotterell made his final sale on February 26, 2024, selling 20,000 ADS for approximately $1.3 million and bringing his Class Period total to 175,135 ADS and more than $10.6 million in proceeds. Three days later, on February 29, 2024, Defendants abandoned the second-half recovery narrative Cotterell had promoted while selling. That day, amongst other disclosures, Defendants cut fiscal 2024 revenue guidance by about £70 million, and admitted that deals had not been advancing through Endava's pipeline.

### G. The Truth Emerges on February 29, 2024: No Turnaround, a Stalled Pipeline, and an Almost 42% Collapse in Endava's ADS Price

81. Before the market opened on February 29, 2024, Endava issued a press release announcing its results for 2Q 2024 (i.e., the quarter ended December 31, 2023). Total revenue fell 10.6% year over year, from £205.2 million to £183.6 million, a fourth consecutive quarterly decline. The press release also disclosed that, during the quarter, Endava had cut the amount it expected to pay in "earn-outs" to the sellers of acquired businesses by £9.9 million—which meant that they had underperformed during the Class Period and after Endava took them over.

82. Endava also slashed its fiscal 2024 guidance by about £70 million from £791 million–£805 million to £722 million–£735 million, and guided 3Q 2024 revenue to £174 million–£176 million, a year over year decline of at least 13.5%. And the press release quotes Cotterell as stating that Endava "now ha[s] numerous projects where discovery work has been done, but clients are hesitating on when to commit to sizeable spend needed to build production-ready systems."

83. On that morning's earnings call, Cotterell admitted that "spend is being deferred as clients continue to be cautious" and quoted one client as saying "we have the budget for a substantial ramp-up with Endava, but are going to go slow for now and see how the year unfolds." Thurston then admitted that "deals that we have won largely remain in the discovery phase and are proving slow to ramp up into the production phase," which he continued to falsely blame on the "uncertain macro environment" and now indicated had never dissipated. He further admitted that this "has mainly been the case across all industry verticals." Thurston added that Endava had set "a wider [guidance] range around Q4" because of "the uncertainty we are seeing in pipeline conversion." He also told investors that Endava's earnings decline would continue into 3Q 2024 (i.e., the quarter ending March 31, 2024), which he said "is going to be our nadir."

84. On the same call, Defendants announced Endava's acquisition of IT firm GalaxE, Endava's largest acquisition ever, which at the time had roughly three-quarters of its 1,600

employees in India. Cotterell conceded that this move was "much more about competitive pricing than geopolitical risk for us." He added that clients wanted Endava to augment its more expensive delivery "with some more cost effective delivery capabilities out of places like India," giving Endava the "ability to balance our pricing a little bit more and remain competitive."

85. These disclosures revealed the falsity of Defendants' Class Period statements in multiple ways. First, they demonstrated that Endava's slowdown was neither a temporary December 2022 technology budget review "paus[e]," nor a short-lived reaction to the March 2023 bank failures, but that a systemic weakening of Endava's pipeline had undercut its business during the Class Period.

86. Second, although Cotterell had assured investors in September 2023 that clients "are picking off that work now" and "[t]hey have budget for us," and Thurston had insisted in November 2023 that "[w]e're not seeing any sort of budget issues or spend issues," Cotterell now conceded that client "spend is being deferred."

87. Third, the disclosures revealed that Endava's pipeline was not "firming," as Thurston had characterized just three months earlier, and instead had stalled, with deals Endava had already won sitting in discovery and clients unwilling to release the budgets needed to move them into production.

88. Fourth, the February 29, 2024 disclosures revealed, and were, at minimum, a materialization of, the Company-specific problems, including high prices, a lack of brand recognition, and acquisition failures. For example, in conceding that Endava's GalaxE acquisition was "about competitive pricing," Cotterell revealed that Endava's high prices were costing it business—corresponding with the accounts of FE2, FE9, and FE10, each of whom described Endava's prices as uncompetitively high and resulting in lost clients. Similarly, Endava's £9.9 million cut to the earn-outs it expected to pay the sellers of acquired businesses signaled that those

businesses were underperforming, corresponding with the accounts of FE5, FE11, and FE8, who described how Endava's largest acquired accounts, Lineage and Delta, shrank after Endava acquired them. *See* §IV.D, *supra*.

89. Finally, rather than the "uplift in revenues starting in Q3" and "recovery to historic levels of growth and profitability by Q4" that Thurston had promoted in November 2023, Defendants cut Endava's fiscal 2024 guidance by about £70 million and conceded that the Company's earnings would not bottom out until the following quarter (3Q 2024).

90. Endava's decline spanned its core regions and verticals, as those it had expanded into through acquisitions failed alongside its longstanding business. In the quarter ended December 31, 2023, North America revenue fell 14.5% and UK revenue fell 22.3% year over year, while Europe stalled, and Payments, BCM, TMT, and Mobility revenue fell 20.8%, 25.2%, 5.2%, and 4.1%, respectively.

91. Indeed, as its deals stalled and acquisitions faltered, Endava's profitability collapsed. In the quarter ended December 31, 2023, the Company's gross margin dropped from 35.3% to 24.4% and its profit before tax fell almost 50%, from £20.3 million a year earlier to £10.6 million.

92. In response to these pre-market revelations, Endava's ADS dropped that day, February 29, 2024, almost 42% against the prior day's closing price. That was the worst one-day decline in the Company's history, wiping out over $1 billion in market capitalization, as investors traded more than 5.3 million ADS—roughly 18 times the average daily volume during the Class Period. The February 29, 2024 close was more than 53% below the $81.06 Class Period high Endava's ADS had reached just five weeks earlier.

93. The results and guidance cut took analysts by surprise. In response, TD Cowen wrote, "*[t]here's no sugarcoating how bad this was*," stating that "[t]he extent of mismatch in

anticipated 2H performance vs. prior expectations calls to question the company's visibility on the business." [Emphasis added.] Observing the "guidance surprise," HSBC warned of "a further deceleration of revenues," noting that "the significant guidance cut likely makes investors more nervous regarding the future guidance." And in assessing Endava's "new incremental execution risk," J.P.Morgan concluded that Endava "*has to reestablish credibility with the street*" and "will have to . . . rebuild its track record." [Emphasis added.]

94. Analysts also tied the decline to the very pipeline and conversion failures Defendants had misrepresented. Needham explained that "[t]he revenue weakness is due to project delays and the pipeline converting into revenue at a slower rate." Deutsche Bank observed that the new guidance "indicates a sharp reversal from the company's prior expectation that called for a material acceleration in the back half of FY24." Morgan Stanley attributed a substantial cut in its estimates to "[d]elayed pipeline conversion and push for lower pricing from customers."

95. By comparison, Endava's closest competitors fared far better over the same period. For example, EPAM's revenue dipped just 2.8% in 2023, from $4.82 billion in 2022 to $4.69 billion in 2023, but edged back up to $4.73 billion in 2024. And Globant's revenue grew 17.7% in 2023, from $1.78 billion in 2022 to $2.10 billion in 2023, and another 15.3% in 2024, to $2.42 billion. Endava, by contrast, reported a 10.6% year over year revenue decline in the quarter ended December 31, 2023, alone, and its overall fiscal 2024 revenue fell 6.8%. Operating in the same macroeconomic environment, Endava's peers held steady or grew, while Endava shrank.

96. The chart below depicts the price of Endava's ADS from April 2023 through March 2024, noting the dates of Defendants' misstatements, Cotterell's Class Period sales, and the corrective disclosure. As the chart illustrates, Cotterell sold more than $10.6 million of Endava ADS while the misstatements inflated the price of Endava's ADS, including $1.32 million three days before the truth was revealed.




## V. DEFENDANTS MADE FALSE AND MISLEADING STATEMENTS IN VIOLATION OF THE FEDERAL SECURITIES LAWS

97. Throughout the Class Period, Defendants made materially false and misleading statements, and omitted material facts necessary to make their statements not misleading, on Endava's earnings calls, at analyst and investor conferences, and in Endava's annual report filed on SEC Form 20-F. The misstatements fall into three categories. First, they assured investors that Endava's pipeline was strong, well-funded, and either converting into revenue or backed by significant ongoing "pent-up demand" primed to convert into revenue. Second, Defendants attributed Endava's declining revenue to a temporary December 2022 technology budget review "paus[e]" and the March 2023 bank failures. Third, Endava's FY 2023 annual report on Form 20-F presented as hypothetical risks the very conditions then-depressing Endava's business.

### A. Defendants' False and Misleading Statements About Endava's Pipeline

98. Although Endava's revenue was declining, Defendants repeatedly told investors that the decline was temporary and caused by short-lived external events. Throughout the Class Period, Defendants pointed instead to Endava's pipeline, which they claimed reflected "pent-up

demand" and sales activity that was "the highest we've ever seen." These statements were false and misleading when made, as detailed below.

### 1. May 23, 2023 Earnings Call

99. On May 23, 2023, Defendants held an earnings call to discuss Endava's results for the quarter ended March 31, 2023, which saw a decline in Endava's revenue. In response, Defendants assured investors the early 2023 disruption was over and that Endava's pipeline remained strong.

100. An analyst asked about Defendants' confidence in their characterization that Endava's performance decline was temporary and that there was "pent-up demand." Cotterell responded, "our pipeline business that we were expecting from those [PE] clients failed to convert as they curtailed hand spend. And that has now stabilized and as we've gone through Q4." He then added:

> Our sales teams are starting to see renewed interest in investing in those projects from those clients and others . . . . And so they've taken a much harder look at their portfolio of projects and that's created a backlog. That is creating a huge amount of activity. So our Q4 sales activity is the highest we've ever seen by some distance.

101. On the same call, another analyst asked about the trajectory of revenue in the ongoing quarter ending June 30, 2023, and "how that current pipeline and contracting activity may set you up beyond the June quarter and whether that is expected to be a growth trough." Cotterell responded that "[t]he bigger uptick I would expect to, and see come through in Q2"—that is, the quarter ending December 31, 2023. Thurston added that "we do think the PE business side has stabilized as indeed has the non-PE side."

102. Analysts credited these assurances. For example, on May 23, 2023, TD Cowen reported that Endava's "monthly contracting activity has since stabilized & sales/pipeline views encourage q/q growth recovery in the coming quarters."

103. The statements set forth in ¶¶100-101 above were materially false and misleading when made, and omitted material information, for the following reasons detailed in §IV.D.

104. *First*, Endava's business had not "stabilized," and the pullback had not ended. As detailed above (¶¶46, 48-50, 53-57, 66), clients across Endava's business had been scaling back their technology spending since the end of 2022, and that pullback was continuing, with existing clients ending or shrinking their engagements. For example, according to FE11, business activities had substantially slowed by December 2022, and there was a significant change in the business, with very little client interest in Endava's services, with little or nothing in the sales pipeline and existing projects not being extended. As FE11 put it, "the writing was on the wall" in early 2023. FE11 also described how First Bank, a large financial institution based in Colorado—worth $1.0 million to $1.5 million per quarter—did not renew its contract with Endava after the contract expired at the end of 2022 or early 2023, and stated that Endava learned in January 2023 that the contract would end. FE7 reiterated that when s/he returned from leave in April 2023, business activity had substantially slowed, existing projects were not being extended, Primis Bank had ceased doing business with Endava, and his/her proposal to a national bank did not result in business for Endava. According to FE5, beginning in late 2022 and continuing throughout 2023, Endava was unable to secure additional projects or expand its existing work with Lineage, and by early 2023, Endava was reduced to "managing the shrinkage." FE1 stated that "all [of Endava's] customers were scaling back and pulling back spend in 2023," and FE13 saw clients decreasing work across Endava in 2023, with projects "across the board" not going well, and by spring or early summer 2023, Endava's Delta team had shrunk from eight to 10 people to about five. FE12 recalled that a project with "at least another three months of tail" ended in February 2023, and that two of his/her projects were started and then cancelled.

105. *Second*, Endava's sales activity was not "the highest we've ever seen by some distance." As detailed above (¶¶47, 64-66), Endava's pipeline and sales activity were then declining. According to FE2, sales "definitely went down quarter to quarter" during 2023 and s/he "had no leads that were actually closing" and "[a]lmost nobody was hitting their quota, not even the senior sales guys." FE10 likewise described "a long period of a dire pipeline" that began slowing in mid-2022 and continued throughout 2023. FE6 received "zero" leads through Endava's system in 2023.

106. *Third*, there was no "bigger uptick" set to "come through in Q2," i.e., the quarter ending December 31, 2023. In addition to the allegations in the two preceding paragraphs detailing the absence of a pipeline that could support such an uptick, according to FE10, there were "a good six months with no new work in the pipeline," from the last three months of 2023 into the first three months of 2024. And FE6 stated that between July and December 2023, multiple Fortune 20 prospective clients withdrew from discussions with Endava.

**2. May 31, 2023 Cowen Conference**

107. On May 31, 2023, Thurston presented at Cowen's 51st Annual Technology, Media & Telecom Conference in New York, New York. He was asked to describe the trend in demand for the quarter ending June 30, 2023, and "how the demand has progressed." Thurston assured investors that Endava's sales activity was at record levels, stating "just to give a sort of contrary to that sort of gloomy prognosis, the level of sales activity is very high. We had our highest activity going on at the moment in terms of potential order book."

108. When the analyst responded, "[s]o a lot of conversations, pipeline is actually healthy," Thurston agreed: "Yes."

109. The statements set forth in ¶¶107-108 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106 above—Endava's pipeline and sales activity were then declining.

**3. June 7, 2023 William Blair Conference**

110. On June 7, 2023, Thurston presented at William Blair's 43rd Annual Growth Stock Conference in Chicago, Illinois. Asked whether anything had changed since Endava's May 23, 2023 update, Thurston reiterated that "[b]oth segments [PE and non-PE], if we can call it that are stable, when you look at it on a revenue per working day" and "[w]e're not seeing any deterioration," while assuring investors "[w]e're obviously monitoring the situation quite closely" and "looking at it, certainly revenue on a fortnightly basis, seeing if anything is getting riskier or starting to turn, and then also looking at that sales pipeline." On that basis, Thurston added, that while Endava had experienced "a slowdown revenue-wise, the amount of pipe and opportunity out there is actually high. So we have a number of large opportunities, I think it's highest in our history in Q4, where we're talking to clients about potential pieces of work, some of them multi-year, but it is strong."

111. Later, asked how he would characterize Endava's pipeline, Thurston claimed that "[t]he rest of the business, there are again, good conversations. We are getting new logos."

112. The statements set forth in ¶¶110-111 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106 above—Endava's sales activity and pipeline were then declining. In addition, contrary to Thurston's claim, Endava was not then "getting new logos." FE2 stated that s/he "had no leads that were actually closing," and FE6 stated that in 2023 s/he received "zero" leads through Endava's system, explaining that "nothing came through the system." And FE7 also worked on multiple proposals to prospective clients in 2023 after returning from leave, including a national bank that ultimately

did not follow up with Endava and a global foreign exchange currency provider that established only a limited working relationship with Endava and generated modest billable work.

#### 4. September 19, 2023 Earnings Call

113. On September 19, 2023, Defendants held an earnings call to discuss Endava's results for the quarter ended June 30, 2023, in which revenue fell even further. In his prepared remarks, Cotterell told investors that Endava was "seeing real signs of improvement, which will impact our second half of fiscal year 2024," and that, while the "wave of caution" continued "to impact revenue in the short term . . . in parallel with this, we continue to see high levels of new business shaping up, continuing from the Q4 bump highlighted in our last call."

114. In presenting Endava's guidance, Thurston confirmed that "we are seeing stronger activity than in recent quarters, especially in large-scale opportunities." Though this would take time to turn into revenue, it meant that "[w]e expect to return to high teens growth by Q4 FY '24."

115. On the same call, an analyst asked Defendants to "square" their description of a "better sales pipeline" with "what you're seeing in terms of some ongoing cancellations or pushouts," and inquired as to what was giving Defendants "the incremental confidence that those will be able to be delivered as expected." In response, Cotterell claimed:

> So it's then the significant new opportunities that we're seeing that we're looking to drive growth, particularly in the second half . . . . In this situation, that is what's giving us the confidence as we look to H2 that those opportunities are starting and are ramping. It's just the time it takes for them to get to sufficient scale to have the noticeable impact on revenue. So that's what we based our forecast and our confidence on. The work, most of it is not related to calendar year '24 budgets. It is work where clients are picking off that work now. They have budget for us, and that's the foundation of the guide that we put looking forward.

116. Analysts again credited Defendants' claims. After the September 19, 2023 call, Deutsche Bank observed that "the stock has reacted positively on the expectation for a strong re-acceleration in 4Q24," and Wedbush explained that "the company's post-earnings call provided

the market with increased confidence in DAVA's ability to post revenue growth recovery, setting up nicely the company's Q3/FY24 (March 2024)."

117. The statements set forth in ¶¶113-115 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106 above—Endava's pipeline and sales activity were in truth then declining. In addition, the statements were also materially false and misleading when made, and omitted material information, for the following reasons detailed in §IV.D.

118. *First*, Endava was not seeing "high levels of new business shaping up," its large-scale opportunities were not "starting" and "ramping," and it was not "seeing stronger activity than in recent quarters." To the contrary, clients were then withdrawing from Endava's pipeline. For example, FE6 stated that between July and December 2023, several Fortune 20 prospective clients withdrew from discussions with Endava, including two that had already received internal approvals, were included in Endava's pipeline, and had been projected to generate approximately $10 million in annual revenue, and that in 2023 s/he received "zero" leads through Endava's system, explaining that "nothing came through the system." FE10 likewise described "a long period of a dire pipeline" that continued throughout 2023, and FE3 went to the United States in September and October 2023 because "the U.S. was flailing."

119. *Second*, clients did not then "have budget" for Endava, and clients were not "picking off that work now" from Endava. In truth, clients were then broadly refusing to spend money on new orders for Endava or on advancing orders through Endava's pipeline. For example, according to FE1, clients informed the Company at the start of 2023 of their decisions to cut off spending at Endava, and "all [of Endava's] customers were scaling back and pulling back spend in 2023." FE12 recalled a drop in the volume of work in early 2023, as projects stalled or got

cancelled. And FE13 stated that by spring or early summer 2023, Endava's Delta team had shrunk from eight to 10 people to about five, with only 60% of FE13's hours billed to Delta.

**5. November 15, 2023 Earnings Call**

120. On November 15, 2023, Defendants held an earnings call to discuss Endava's results for the quarter ended September 30, 2023, in which revenue declined again. In his prepared remarks, Cotterell stated that "[w]hilst the world has become more unstable over the past 2 months, we continue to see sizable new opportunities entering and progressing through our funnel as well as new assignments commencing and scaling."

121. In presenting Endava's guidance, Thurston repeated that statement. He also added that, as a result, Endava had increased its revenue guide for FY 2024, explaining "[w]e still anticipate an uplift in revenues starting in Q3 of fiscal year 2024 with recovery to historic levels of growth and profitability by Q4 of fiscal year 2024."

122. On the same call, an analyst asked Defendants to quantify their "higher visibility . . . in terms of how much is already contractually lined up, so to speak, versus how much more needs to get sold and get ramped." Cotterell answered, "what we're seeing and what we were reporting last quarter and continue to see growing is quite a lot of strength in terms of new opportunities coming into the top of the pipeline and advancing through the pipeline."

123. In response to the same question, Thurston added:

> Yes. I think just to back up what John was saying, we forecast business bottom up every month. We scrutinize the pipeline and the conversion rates and contracted [into] committed. The pipeline is firming, which means it becomes a smaller proportion of the guided revenues for Q3, Q4. So the contracted and committed revenues is stepping up as a proportion from the previous guide.

124. Later on the call, an analyst asked what levers the Company plans on using "to drive those margins back up to your long-term levels." In reply, Cotterell claimed:

> We're carrying a substantial bench compared to our historic levels, which we've hung on to on the basis of the work that we see coming through. And as we deploy

> those people, we'll see the gross margin move back up as markets [are] aligned and then cascade through to sort of EBITDA levels that we've had historically.

125. Analysts again credited these claims. Following the November 15, 2023 call, TD Cowen wrote that "[d]emand stabilization with firmer pipeline + bookings progression supports optimism that the corner may be near," and that "[t]he strong pipeline activity that DAVA has cited for multiple quarters is now converting." That same day, HSBC concluded that "[a] more rapid rebound to normalized growth looks increasingly likely," pointing to "the commentary that the pace and demand is similar to pre-COVID levels in some areas." And that day, Susquehanna reported that "better visibility in signed and projected deal wins was enough to raise their guidance, with management calling out stabilization in the near-term and a significant pick up in demand in FQ3 and FQ4."

126. The statements set forth in ¶¶120-124 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106 and 118-119 above—Endava's sales activity and pipeline was then actually declining. In addition, the statements were also materially false and misleading when made, and omitted material information, for the following reasons detailed in §IV.D.

127. *First*, new opportunities were not "progressing through [Endava's] funnel," and the pipeline was not "firming." For example, according to FE10, there were "a good six months with no new work in the pipeline," which s/he estimated ran from the last three months of 2023 into the first three months of 2024. FE3 stated that s/he went to the United States in September and October 2023 because "the U.S. was flailing," and explained that there had been a "clear out" of all sales leadership in the United States, which was one of Endava's largest regions.

128. *Second*, deals were not "commencing and scaling," and contracted and committed revenue was not "stepping up." At this time, clients were not signing deals or deals were stalling before clients committed to spend money. For instance, according to FE8, Delta, which had paid

Endava approximately $6 million a year at its peak, renewed for only approximately $1 million a year to maintain the existing software that Endava already provided, and Delta had already warned Endava's executive management about a reduction in paying work before FE8 joined Endava. Similarly, according to FE6, two Fortune 20 prospective clients that had already received the necessary internal approvals and were included in Endava's pipeline withdrew from or discontinued discussions with Endava between July and December 2023.

129. *Third*, Endava was not maintaining its bench or workforce "on the basis of the work that we see coming through." Rather, Endava was then undertaking significant layoffs because of its declining sales activity, pipeline, and business. For instance, FE13 saw an increase in employees placed on the bench, including him/herself, leading up to layoffs that began in mid-2023. FE11 likewise stated that s/he and numerous other employees were terminated in June 2023, as Endava laid off employees due to a lack of work.

**6. November 16, 2023 Morgan Stanley Conference**

130. The following day, November 16, 2023, Thurston presented at the Morgan Stanley European Technology, Media & Telecom Conference in Barcelona, Spain. Asked for a "quick update" on the results Endava had announced the day before, Thurston stated that "we believe we're going to accelerate quite quickly out of it as we turn the corner into the next calendar year because we're seeing the demand and the big deals sort of come through for us."

131. An analyst then asked Thurston to "talk a little bit around the deal flow and what gives you the confidence to carry that bench for a quarter." Thurston responded, assuring, "[w]hat we're seeing that's very different to last year is the number of big deals. It's big by Endava standards. So it's like a 300-, 400-person when it's a full flood. Now the conversations with clients, we're seeing a number of these deals coming into the hopper." He continued, "[s]o that pipeline of work that we've got is big . . . . That hopper is a lot bigger than it was last year and has

been increasing actually during the course of this calendar year, say, from March onwards. Now our year-end, we announced about sort of 8 weeks ago, so it's mid sort of September, we saw a lot of very big deals for us."

132. The statements set forth in ¶¶130-131 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106, 118-119, and 127-129 above—Endava's sales activity and pipeline were then actually decreasing.

133. In addition, the statements were also materially false and misleading when made, and omitted material information, for the following reasons. Endava's pipeline and deal "hopper" had not been increasing "from March onwards," and it was overall then struggling with "big deals" and not booking or advancing them. For example, FE2 added that in 2023, s/he had "no leads that were actually closing," FE6 received "zero" leads through Endava's system in 2023, and FE10 confirmed that there were "a good six months with no new work in the pipeline," which s/he noted ran from the last three months of 2023 into the first three months of 2024. *See* §IV.D *supra*.

**7. November 16, 2023 J.P.Morgan Conference**

134. That same day, November 16, 2023, Cotterell presented at a J.P.Morgan analyst and investor conference in New York, New York. In discussing the results Endava reported the previous day, Cotterell declared that "the dip that has been going on has flattened off" and announced that "we are seeing streams of work coming through."

135. When an analyst asked whether "the pipeline or the movement of deals in the pipeline is better now than what it was 6 months, 9 months ago," Cotterell confirmed, "Definitely. I mean no comparison . . . . That dipping has slowed down. And in fact, I'd largely say it stopped, and is being overtaken by the new project work that's coming through."

136. The statements set forth in ¶¶134-135 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106, 118-

119, 127-129 and 133 above—Endava's sales activity and pipeline was then actually declining. So, Endava's pipeline was "[d]efinitely" not better than it had been six to nine months earlier, and the dip was not "being overtaken by the new project work that's coming through."

### 8. November 29, 2023 UBS Conference

137. On November 29, 2023, Thurston presented at a UBS analyst and investor conference in Scottsdale, Arizona. An analyst asked "where should investors be focused" after the recently finished 1Q 2024. Thurston answered:

> what we're seeing, which is very different to what we're seeing 6 months ago and even this time last year, is the size of the client opportunities in that pipeline. The clients are also new logos . . . . The pipeline is actually moving at a sensible sort of pace, which isn't what we were seeing sort of 6 months ago. So it's a very encouraging picture and basically underpins the growth that we see in the second half of this fiscal [year].

138. The analyst then asked about Endava's "pipeline activity" and "pipeline velocity." In reply, Thurston maintained that "spend is progressing. We're not seeing any sort of budget issues or spend issues."

139. Thurston later added, "[i]t's encouraging about the deal pipeline that's coming through, these larger deals. I think also the shape of these deals in terms of they're coming from new logos and also from different markets, in terms of outside our traditional payments and financial strength."

140. The statements set forth in ¶¶137-139 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106, 112, 118-119, 127-129, and 133 above—Endava's sales activity and pipeline was then actually declining. In addition, the statements were also materially false and misleading when made, and omitted material information, for the following reasons detailed in §IV.D.

141. *First*, Endava was experiencing delays due to budget considerations, and client spend was not "progressing." According to FE1, "all [of Endava's] customers were scaling back

and pulling back spend in 2023," and "everything was delayed." FE8 stated that, in November 2023, s/he attended a meeting with Endava's Technology Partner for Travel and Delta's Senior Vice President of Technology at which Endava pitched proposals to address Delta's "pain points," but Delta was not interested. According to FE8, rather than awarding Endava new work, Delta elected to maintain only a project that was already in existence.

142. *Second*, the clients in Endava's pipeline were not "also new logos," and new deals were not coming "from different markets." FE8 recalled that, during his/her tenure at Endava, the Company failed to win "one new logo" or "one new piece of business in any of their business operational sectors." And according to FE6, two Fortune 20 prospective clients which had already received internal approvals and were included in Endava's pipeline withdrew between July and December 2023.

143. *Third*, the pipeline was not "moving at a sensible sort of pace." As set forth above (¶¶66-67), according to FE10, there were "a good six months with no new work in the pipeline," which s/he estimated ran from the last three months of 2023 into the first three months of 2024—the very period in which Thurston made these statements. And FE6 stated that in 2023 s/he received "zero" leads through Endava's system, explaining that "nothing came through the system."

**9. December 12, 2023 TD Cowen Conference**

144. On December 12, 2023, Thurston appeared at TD Cowen's Second Annual IT Services & Digital Engineering Summit, held virtually. Asked what Endava was "seeing in the market as it relates to client demand," Thurston stated:

> we're seeing some bigger opportunities and big for Endava's and it could scale to about 200, 300, maybe even bigger. Those are now moving at a good normalized sort of pace. Our win rate is at normal level, so it's roughly 50-50, which is pre-COVID. I think what's encouraging about it is we're getting new logos as well. So we are getting the retailers, mineral extraction companies, et cetera, which would sit within our incubator, industry vertex, which is part of other. So we're

> getting diversity of industry vertical, new logos. We're getting existing clients as well, but it just feels a lot better than it did even this time last year.

145. When an analyst asked whether Endava's larger deals were "largely existing relationships or are they actually new logos as well," Thurston answered: "New logos."

146. The statements set forth in ¶¶144-145 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶104-106, 112, 118-119, 127-129, 133, and 141-143 above—Endava's sales activity and pipeline were then actually declining. In addition, the statements were also materially false and misleading when made, and omitted material information, for the following reasons detailed in §IV.D.

147. *First*, Endava's pipeline was not "moving at a good normalized sort of pace." According to FE10, there were "a good six months with no new work in the pipeline," which s/he estimated ran from the last three months of 2023 into the first three months of 2024—the very period in which Thurston made these statements. FE3 stated that the Endava sales pipeline was "in the toilet," and that it was clear to him/her from the beginning of 2024 that the pipeline was "in trouble." And less than three months later, Defendants admitted that "deals that we have won largely remain in the discovery phase and are proving slow to ramp up into the production phase."

148. *Second*, Endava was not converting its pipeline at a "normal level." According to FE2, there were "less projects turning into real work" throughout 2023, and FE2's boss told him/her that "less than 1% of the leads [his/her team] brought in closed."

149. And the industries Thurston cited for Endava's "new logos," such as "retailers" and "mineral extraction companies," were the same industries served by Mudbath, a business Endava had acquired in May 2023, whose clients included retail and mining companies, and whose expected earn-out Endava cut by about half. *See* ¶¶39, 71 *supra*.

### B. Defendants Attributed Endava's Decline to Temporary Macroeconomic Events, Rather than Widespread Internal Problems

150. Throughout the Class Period, Defendants told investors the December 2022 slowdown was a budget review "paus[e]" that had already passed, and that the subsequent slowdown was triggered by the March 2023 bank failures and was concentrated among Endava's PE clients, while the rest of Endava's business remained "flat." These claims were false and misleading when made, as detailed below.

#### 1. May 23, 2023 Earnings Call

151. On May 23, 2023, Defendants held an earnings call to discuss Endava's results for the quarter ended March 31, 2023. In his prepared remarks, Cotterell explained why Endava was cutting its fiscal year 2023 guidance, attributing it to two temporary external issues. First, Cotterell claimed that "last December, we saw a change in behavior as some clients added another level of due diligence to their decision-making cycles, slowing the commencement of new projects and, in some cases, pausing existing spend as they reassess their priorities." He then insisted that "we've seen an uptick in activity in February, which resulted in March being our highest revenue month in our history." Second, he stated that:

> [u]nfortunately, the recent bank failures triggered another wave of caution. And as a result, the momentum going into March stalled, and we now see lower demand than our previous guidance. To give this some color, the banking failures triggered a significant change in behavior in our PE portfolio company clients where they curtailed spend sharply.

Finally, Cotterell assured investors that "the drop in revenue in Q4 from Q3 is down to PE portfolio company reductions, with the rest of the business flat, allowing for lower working days in Q4. We believe that this now pent-up demand will return when economic conditions recover."

152. Responding to an analyst's question about what gave him confidence that the falloff in demand was temporary, Cotterell reiterated the foregoing story:

> We had the end of December slowdown. The business picked up actually pretty strongly through Q3, resulting in March being our highest revenue month in our history and actually helping us to beat the high guide that we had for Q3. However, as we got to the end of March, we saw this pullback triggered by the bank failures that we're going through economically. And it was particularly true, it was almost entirely true that it was our private equity portfolio clients who pulled back.

153. Cotterell went on to attribute the PE pullback to macroeconomic forces, stating that "the pause has been governed by all in all PE evaluation of their business models and the returns, given the macro, the access to capital, the interest rates and so on that are developing across the economies."

154. Analysts accepted Defendants' bank failure explanation and "stabiliz[ation]" claims. For example, on May 23, 2023, TD Cowen reported that Endava's "follow-through into 4Q was derailed by US banking volatility in March," an effect "particularly pronounced in DAVA's PE-backed client portfolio," while "the balance of the business is projected flat," and concluded that "the banking malaise represented a temporary pushout of otherwise improving contracting activity." On the same day, Deutsche Bank likewise reported that, "following the series of bank failures earlier this year, DAVA's PE portfolio clients quickly curtailed their spending," while Endava saw "a flattening off in growth from the rest of its client base."

155. The statements set forth in ¶¶151-153 above were materially false and misleading when made, and omitted material information, for the following reasons detailed in §IV.D.

156. *First*, the sales activity and pipeline problems that began by December 2022 were not a temporary pause, but were part of a systemic, widespread, and sustained decline in Endava's business that continued into 2023 and throughout the Class Period. That decline began prior to the March 2023 bank failures, and was not caused by them either. For example, according to FE1, "coming into 2023, things were pretty soft," as clients informed the Company at the start of the year of their decisions to cut off spending at Endava. FE11 stated that s/he became aware of the decline as early as December 2022, and FE10 described "a long period of a dire pipeline" that

began slowing in mid-2022 and continued throughout 2023. FE12 stated that s/he was aware of no direct impact on Endava's projects from the bank collapse. Nor was the slowdown merely "another level of due diligence" that was "pausing existing spend." Clients were ending and cancelling work: Endava learned in January 2023 that First Bank would not renew its contract, FE12 recalled that a project with "at least another three months of tail" ended in February 2023, and FE11 stated that by early 2023 projects were being cancelled and contracts were not being renewed.

157. *Second*, Endava's client pullback was not confined to PE-backed clients, and the rest of Endava's business was not "flat" either. For instance, FE1 stated that "all [of Endava's] customers were scaling back and pulling back spend in 2023." And as alleged above, existing clients outside the PE cohort—including Primis Bank, First Bank, and Lineage—were ending or shrinking their engagements with Endava by early 2023. Defendants ultimately conceded in February 2024 that the slowdown "has mainly been the case across all industry verticals."

158. *Third*, Endava's decline was actually driven by Company-specific problems—including high prices, acquisitions that failed to deliver, and limited brand recognition—that Defendants failed to adequately disclose. FE2 explained that Endava being a "premium provider" with "higher prices than most" made it especially difficult to get clients in 2023, and FE9 echoed that Endava's prices were higher than those of its competitors and contributed to the Company's loss of business. And as the FEs described and the earn-outs confirmed, client accounts that Endava obtained through acquisitions tended to decline after they were integrated into Endava. And according to FE6, Endava lacked meaningful brand recognition in the United States, while several of its competitors were already well established and recognized.

159. Accordingly, Defendants' statements attributing Endava's slowdown to the March 2023 bank failures and to its PE clients, while assuring investors that the rest of the business was

"flat," were materially false and misleading because they omitted that clients had been broadly scaling back their deals and spending at Endava since the end of 2022, that this was not a temporary "paus[e]," that this decline had continued into 2023 and throughout the Class Period, and that it was driven in significant part by problems specific to Endava.

**2. May 31, 2023 Cowen Conference**

160. At the May 31, 2023 Cowen conference, Thurston repeated Defendants' claim that the December 2022 slowdown had quickly reversed and attributed Endava's subsequent decline to the March 2023 banking failures:

> I mean, we saw some delays in decision making around December, which we typically see actually as we go into a new calendar year with budgets being set, but it was quite heightened. So that put a dent into our outlook at Q3. Demand came back very quickly actually. So we had our best quarter revenue wise in March. But at the same time, the banking crisis news came out. And I think that sent a pretty severe chill through our client base.

161. The statements set forth in ¶160 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶156-158 above. In truth, clients had been broadly scaling back their deals and spending at Endava since the end of 2022, this was not a temporary "paus[e]," this decline had continued into 2023 and throughout the Class Period, and it was driven in significant part by problems specific to Endava.

**3. June 7, 2023 William Blair Conference**

162. At the June 7, 2023 William Blair conference, Thurston again tied Endava's slowdown to a purported temporary problem from the March 2023 banking failures. He insisted, "[w]e think it was related to the financial crisis, certainly PE pulled back big times in terms of cash spend. At the moment, that's taken account of on our guide. We're not seeing any deterioration."

163. William Blair credited this explanation, reporting that day that "the banking fallout in mid-March was an inflection point," and that the lowered guidance "was driven by caution from

PE-backed clients" and "expectations for flat performance in the June quarter from the rest of the client portfolio."

164. The statement set forth in ¶162 above was materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶156-158 above. In truth, clients had been broadly scaling back their deals and spending at Endava since the end of 2022, this was not a temporary "paus[e]," this decline had continued into 2023 and throughout the Class Period, and it was driven in significant part by problems specific to Endava.

#### 4. September 19, 2023 Earnings Call

165. On September 19, 2023, Defendants held an earnings call to discuss Endava's results for the quarter ended June 30, 2023. After revealing further lackluster results, Cotterell again attributed Endava's results to the March 2023 banking failures. In response to an analyst's question about "ongoing cancellations or pushouts," Cotterell insisted that they resulted from "the historic headwinds that started at the end of March, that wave of caution that followed S[VB]," one of the banks that collapsed in March 2023.

166. The statement set forth in ¶165 above was materially false and misleading when made, and omitted material information, for the same reasons set forth in ¶¶156-158 above. In truth, clients had been broadly scaling back their deals and spending at Endava since the end of 2022, this was not a temporary "paus[e]," this decline had continued into 2023 and throughout the Class Period, and it was driven in significant part by problems specific to Endava.

### C. Endava's FY2023 Form 20-F Characterized Harms that Had Already Materialized as Mere Hypothetical Risks

167. On September 19, 2023, Endava filed its annual report on Form 20-F for the fiscal year ended June 30, 2023 (the "FY2023 20-F"), with the SEC, signed by CEO Cotterell.

168. In its risk factors, the FY2023 20-F stated: "We have, in the fiscal year ended June 30, 2023, experienced a slowing in demand for our services from clients in North America and

United Kingdom, particularly from the private equity-backed companies in these geographies, due to a weakened economic outlook and global markets instability, and if this continues in the near to medium term, we may suffer declines in revenue and profitability."

169. In discussing Endava's client base, the FY2023 20-F also stated that the decline in Endava's number of active clients during fiscal year 2023 was "primarily due to lower levels of short term private equity due diligence engagements, with new deal activity being very subdued. Whilst we saw some limited churn outside of this area, we believe that we have a significant opportunity to add new clients."

170. The FY2023 20-F further stated that "[a] major client in one year may not provide the same level of revenue for us in any subsequent years."

171. The statements set forth in ¶¶168-170 above were materially false and misleading when made, and omitted material information, for the same reasons set forth in §V.A & B above and for the following reasons.

172. *First*, the FY2023 20-F warned that Endava "may suffer declines in revenue and profitability" only "if" slowing demand "continues." But the slowing was already occurring, and was then widespread and negatively impacting Endava, which continued throughout the Class Period. Further, this risk factor misleadingly attributed the slowdown primarily to North America, the UK, and PE-backed clients, when client spending was declining across Endava's business.

173. *Second*, the FY2023 20-F's representation that Endava saw only "some limited churn" outside of short-term PE due-diligence engagements was misleading because Endava had already lost established non-PE clients during fiscal year 2023, including Primis Bank and First Bank, while its work for other major accounts, including Lineage, was continuously shrinking.

174. *Third*, the FY2023 20-F's warning that "[a] major client in one year may not provide the same level of revenue for us in any subsequent years" was misleading because that

risk had already materialized. By the time Endava filed the FY2023 20-F on September 19, 2023, Lineage, one of Endava's largest clients, which generated between $30 million and $40 million in annual revenue for Endava, was continuously shrinking. Among other significant losses, Endava had by then also already lost First Bank and Primis Bank, each of which had paid Endava approximately $1 million to $1.5 million per quarter.

175. Accordingly, the statements in the FY2023 20-F set forth above were materially false and misleading because they characterized harms that had already come to pass as mere possibilities, and misrepresented the true problems then negatively impacting Endava.

## VI. ADDITIONAL SCIENTER

176. Multiple grounds establish Defendants' scienter. First, Defendants had knowledge of, or were reckless in ignoring, the undisclosed information detailed above. To that point: throughout the Class Period, Defendants received and had access to internal data and reports showing that Endava's pipeline and sales activity were broadly declining; Defendants admitted that they had knowledge of and visibility into Endava's pipeline; and Defendants pursued, during the Class Period, an acquisition to address Endava's inability to offer competitive prices. Second, Defendants had motive and opportunity to misrepresent Endava's business and withhold the undisclosed information from their public statements, based on Cotterell's substantial insider sales during the Class Period.

### A. Defendants Received and Had Access to Internal Data Showing that Endava's Sales Activity and Pipeline Were Declining During the Class Period

177. Multiple FEs confirmed that throughout the Class Period, Defendants received and had access to internal data showing that Endava's sales activity and pipeline were then declining.

178. Cotterell and Thurston received reports on the very pipeline information they described to investors. According to FE4, one of the senior leaders of Endava's marketing organization, Endava held regular business review meetings whose participants included at times

Cotterell and Thurston. Although FE4 began attending those meetings in 2024, s/he confirmed that they were regularly occurring in 2023 with the same participants. According to FE4, these meetings always included discussions about the sales pipeline and revenue, and a finance employee who attended them produced reports for Cotterell and Thurston on predictions, targets, revenue, pipeline, and which deals were stalling and which were progressing. As FE4 put it, referring to 2023, "[c]ertainly there were reports of the pipeline put in front of Cotterell and Thurston." *See* ¶¶33-34, *supra*.

179. Management was further made aware that prospective clients in the pipeline were not converting to revenue. According to FE6, "at a minimum," Endava representatives were informed of these developments approximately three months in advance. FE6 recalled prospective or existing engagements that had been projected to generate revenue for Endava that were not realized. FE6 stated that clients communicated this information to him/her, after which s/he reported it to his/her manager during weekly pipeline calls. Although Cotterell and Thurston did not generally attend the weekly pipeline calls, FE6 explained that information discussed during the calls was entered into Endava's CRM system, which generated weekly reports, and, according to FE6, those reports were then transmitted up the chain of command to Cotterell and Thurston. FE6 further stated that the CEO and CFO conducted weekly partner reviews with their management teams, during which management representatives from each division discussed challenges, issues, and opportunities that they encountered.

180. Similarly, according to FE1, Endava tracked all potential deals and their stages of development via BWS, which the Company used to forecast earnings. As FE1 explained, "[e]veryone had access to it [BWS]," including executive management.

181. According to FE2, all leads generated by Endava's sales staff were also entered into BWS, which tracked each opportunity through four stages of the sales cycle: booking a meeting

with a potential client; that client confirming the work it needed done; sending a proposal; and closing. FE2 stated that Endava employees could see every employee's leads across every vertical and filter them by industry, and that BWS showed the client, the salesperson, the delivery manager, the work to be done, and the estimated amount Endava would be charging.

182. Endava's senior sales leadership was also warned of potential client losses. After a November 2023 meeting at which Delta was not interested in Endava's proposals, FE8 immediately warned his/her superiors that Endava was likely to lose Delta or, at a minimum, that Delta would pull back its business, and recalled that details of the meeting were shared with senior sales leadership, including Endava's Global Sales Leader and Global Client Director. According to FE8, this was not the first time Endava's executive management had heard about potential difficulties and possible loss of business with Delta. *See* ¶58, *supra*.

183. And according to FE3, in early 2024, managers and executives at Endava were "definitely" acknowledging that there was not enough in the pipeline.

### B. Defendants Repeatedly Assured the Market They Closely Tracked Endava's Pipeline and Had Clear Visibility into Whether It Would Convert into Revenue

184. Before and throughout the Class Period, Defendants repeatedly told investors that they personally tracked Endava's pipeline and knew, in detail, how it was performing. This included reforecasting "the whole business every month" from the "bottom up," assigning each opportunity in the pipeline a probability of closing based on how far it had advanced, and scrutinizing the rate at which the pipeline converted into contracted work.

185. At a Morgan Stanley conference before the Class Period on March 8, 2022, Cotterell explained that Defendants could see more than a year of future work in Endava's pipeline:

> If you look at Endava's numbers, we have a much higher number of new customers. People who are doing those ideation pieces of work with us to understand what technology impact they can have. And that's been pulling up into the growth of the numbers of clients spending substantial amounts of money with us. *So we can see*

> *that pipeline of work that's going to be coming through in the next 12 to 18 months.* [Emphasis added.]

186. On Endava's 4Q 2022 earnings call, also held before the Class Period on September 27, 2022, an analyst asked about Endava's fiscal 2023 guidance. Cotterell answered that in setting its guidance, Endava had looked out "12 months, I suppose, 9 months now." Thurston then added that:

> [W]e have our normal sort of forecasted process where we look at contracted and committed and pipeline. The visibility remains as it always has done, which is strong. The 6 months ahead. So we are confident very much into March. It gets a little bit less visible, let us say, that 6 to 9 months, but the guide will reflect that.

187. On the September 19, 2023 earnings call, Cotterell told investors that Defendants' "forecast we provided to market" rested on what Defendants had "seen" in Endava's pipeline:

> because we've seen those opportunities working through the system and growing steadily. In this situation, that is what's giving us the confidence as we look to H2 that those opportunities are starting and are ramping.

188. On the 1Q 2024 earnings call held on November 15, 2023, Cotterell claimed Defendants "continue to see sizable new opportunities entering and progressing through our funnel as well as new assignments commencing and scaling," and similarly, "continue to see growing [] quite a lot of strength in terms of new opportunities coming into the top of the pipeline and advancing through the pipeline." Thurston then explained precisely how Defendants knew:

> I think just to back up what John [Cotterell] was saying, *we forecast business bottom up every month*. We scrutinize the pipeline and the conversion rates and contracted [into] committed. The pipeline is firming . . . . So the contracted and committed revenues is stepping up as a proportion from the previous guide. [Emphasis added.]

189. Cotterell made a similar point at the J.P.Morgan conference the next day, November 16, 2023, in response to an analyst question asking, "how much visibility you have like on the projects that you expect to ramp up in second half?" stating:

> [W]hen we look at our forecasting, we actually look at all of the elements of existing business and the pipeline that's coming through. We attach weightings to the

> pipeline on the basis of how well-progressed it is through the pipe and, therefore, our likelihood of actually winning and closing that business.
>
> All of that gets put together. *We reforecast the whole business every month, and that gives us a really solid view of what's coming through off the base of that.* With a little bit of conservatism added, obviously, we then produce the guide that we put out to market. [Emphasis added.]

190. That same day, November 16, 2023, at a Morgan Stanley analyst and investor conference, Thurston described how Defendants tracked each opportunity's progress, explaining that a deal "starts off at 10% and then it goes to 90%" as it "goes down towards signing the contract."

191. Finally, at the UBS conference on November 29, 2023, Thurston again grounded Endava's projections in what Defendants claimed to be "seeing," telling investors that the "steep recovery implied in the guide" was "based on the activity of opportunities that we're *seeing* in the sales pipeline." Thurston then repeatedly emphasized Defendants' visibility into the pipeline:

> And what we're *seeing*, which is very different to what we're *seeing* 6 months ago and even this time last year, is the size of the client opportunities in that pipeline. The clients are also new logos. They are in industry verticals that are outside our traditional strength in payments, in financial services. The pipeline is actually moving at a sensible sort of pace, which isn't what we were *seeing* sort of 6 months ago. So it's a very encouraging picture and basically underpins the growth that we *see* in the second half of this fiscal [year]. [Emphasis added.]

### C. In 2023, Cotterell Pursued the GalaxE Acquisition to Address Endava's Pricing Problem While Touting Endava's Pipeline

192. During the Class Period, Cotterell pursued an acquisition of a company called GalaxE, driven by Endava's need to improve its "competitive pricing"—which was one of the systemic causes of Endava's then declining sales activity and pipeline.

193. Cotterell admitted this after the Class Period, at a March 5, 2024 Morgan Stanley conference. He stated, "I was introduced to Tim [Bryan, GalaxE's CEO] back in October of last year"—i.e., October 2023—"[a]nd the dialogue has been growing over that period," through "a formal process, driven by JPMorgan." GalaxE allowed for lower pricing through offshore

operations that Endava lacked. When Endava ultimately acquired GalaxE, Endava paid more for it than it had for any other acquisition to date—showing how important it was to Endava.

194. Defendants' aggressive pursuit of GalaxE's low-cost pricing operations during the Class Period confirms their knowledge that Endava's sales activity and pipeline were actually suffering significant harm from internal problems, like its inability to offer competitive pricing.

### D. Cotterell Unloaded over $10.6 Million in Endava ADS During the Class Period After Multiple Years of Not Selling, Including $1.3 Million-Worth of ADS Just Three Days Before the Truth Emerged

195. By reason of Defendants' material misstatements and omissions, Endava's ADS were artificially inflated, a fact Cotterell took full advantage of to sell over $10.6 million worth of ADS during the Class Period, his first reported sales of Endava in over two years. The following table shows Cotterell's Class Period sales, as well as his five prior sales before the Class Period:

| Date | ADS Sold | Price per ADS Sold | Gross Proceeds |
|---|---|---|---|
| Nov. 6, 2019 | 22,500 | $41.84 | $941,463 |
| May 13, 2021 | 1,873 | $94.11 | $176,259 |
| May 14, 2021 | 751 | $93.97 | $70,572 |
| May 19, 2021 | 4,570 | $94.23 | $430,653 |
| May 20, 2021 | 92,806 | $98.99 | $9,187,259 |
| ***Class Period Starts May 23, 2023 -- Cotterell Adopts 10b5-1 Trading Plan on May 29, 2023*** | | | |
| Sept. 21, 2023 | 20,000 | $54.01 | $1,080,168 |
| Sept. 27, 2023 | 20,000 | $57.17 | $1,143,495 |
| Oct. 24, 2023 | 20,000 | $54.40 | $1,088,014 |
| Oct. 31, 2023 | 17,791 | $49.86 | $887,066 |
| Nov. 3, 2023 | 19,774 | $52.84 | $1,044,830 |
| Nov. 24, 2023 | 11,460 | $65.03 | $745,193 |
| Nov. 27, 2023 | 8,540 | $65.67 | $560,864 |
| Dec. 22, 2023 | 100 | $78.00 | $7,800 |
| Dec. 26, 2023 | 37,470 | $73.54 | $2,755,622 |
| Feb. 26, 2024 | 20,000 | $65.90 | $1,317,970 |
| **TOTAL CLASS PERIOD ADS SOLD: 175,135** | | **TOTAL CLASS PERIOD GROSS PROCEEDS: $10,631,022** | |

196. Cotterell's sales were made pursuant to a Rule 10b5-1 trading plan. Beyond its adoption date, the 10b5-1 plan's terms were never disclosed. Cotterell adopted his plan on May 29, 2023, just six days after the start of the Class Period, which commenced with Endava's 3Q

2023 earnings call. On that call, Defendants falsely told investors the "pullback" had been caused by the March 2023 "bank failures," but that Endava's "pipeline business" had since "stabilized." Notably, on the May 23, 2023 call, Cotterell claimed Endava's backlog was creating "a huge amount of activity," and that "our Q4 sales activity is the highest we've ever seen by some distance."

197. Cotterell then sold Endava ADS while he was telling investors what Endava was presently seeing in its business. On September 19, 2023, Cotterell told investors that Endava was "seeing real signs of improvement, which will impact our second half of fiscal year 2024." Just two days later, on September 21, 2023, Cotterell sold 20,000 Endava ADS for $1,080,168, and on September 27, 2023, he sold another 20,000 ADS for $1,143,495. On November 16, 2023, Cotterell told a J.P.Morgan conference that "the dip that has been going on has flattened off" and that "we are seeing streams of work coming through." Just over a week later, on November 24 and 27, 2023, Cotterell sold a combined 20,000 ADS for $1,306,057.

198. Cotterell's final Class Period sale was the most suspicious of all. On February 26, 2024, he sold 20,000 Endava ADS at $65.90 per ADS, for proceeds of $1,317,970. Just three days later, Defendants disclosed the truth. *See* §IV.G, *supra*. By the time of Cotterell's sale, the quarter ended December 31, 2023, had been closed *for nearly two months*.

## VII. LOSS CAUSATION

199. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic losses suffered by Lead Plaintiffs and members of the Class. During the Class Period, Lead Plaintiffs and Class members purchased or otherwise acquired Endava's ADS at artificially inflated prices caused by Defendants' misconduct. The price of Endava's ADS declined significantly when the substantial problems and risks concealed by Defendants were

disclosed and/or materialized, and Defendants' material misrepresentations and omissions were revealed to the market, causing investors' losses.

200. Before the end of the Class Period on February 28, 2024, investors had been unaware of the following material facts about Endava that had been known to Defendants:

A. from late 2022 through the Class Period, numerous existing, acquired, and prospective Endava clients stopped spending or reduced spending for Endava's services, causing a sustained decline in Endava's sales activity and pipeline during that time;

B. this was not a temporary pullback involving a purported increased level of due diligence in early 2023, a temporary slowdown caused by the March 2023 bank failures, or limited to PE clients, but a broad and continuing cut in spending, sales activity, and pipeline by Endava's existing, acquired, and prospective clients, across Endava's regions and industry verticals;

C. the poor sales activity and pipeline stemmed from systemic problems during the Class Period at Endava, including prices that were uncompetitively high, lack of brand name recognition, and acquired businesses faltering after Endava took them over; and

D. there was no reasonable basis for the second-half "uplift" and "recovery to historic levels of growth and profitability" on which Endava's fiscal 2024 guidance was premised.

201. Defendants' false and misleading statements and omissions, as alleged herein, misrepresented and concealed the true adverse material facts from the market during the Class Period, misleading analysts and investors about the true state of Endava's business and the obstacles it was facing.

202. As alleged in §IV.G, *supra*, these material facts were revealed to investors for the first time before trading hours on February 29, 2024, via corrective disclosures and/or the materialization of the undisclosed risks.

203. The market reacted swiftly and negatively to these disclosures. As a direct result, Endava's ADS dropped $26.65 per ADS, or 41.76%—the worst one-day decline since Endava went public, from a close of $63.82 per ADS on February 28, 2024, to a close of $37.17 per ADS on February 29, 2024. The decline erased more than $1 billion in market capitalization on extraordinary trading volume of more than 5.3 million ADS, roughly 18 times the average daily volume during the Class Period, causing significant losses to Lead Plaintiffs and the Class.

## VIII. CLASS ACTION ALLEGATIONS

204. Lead Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) for violations of the Exchange Act on behalf of themselves and a Class consisting of all persons and entities that purchased or otherwise acquired Endava's ADS between May 23, 2023, and February 28, 2024, inclusive. Excluded from the Class are Defendants; Endava's officers and directors at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which any of the Defendants have or have had a controlling interest.

205. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Endava's ADS was actively traded on the NYSE. While the exact number of Class members is unknown to Lead Plaintiffs at this time, and can only be ascertained through appropriate discovery, Lead Plaintiffs believe there are hundreds or thousands of members in the proposed Class. Throughout the Class Period, millions of Endava's ADS were actively traded on the NYSE (an open and efficient market) under the symbol "DAVA." Record owners and other Class members may be identified from records maintained by Endava or

its transfer agent, and may be notified of the pendency of this action by mail, using forms of notice customarily used in securities class actions.

206. Lead Plaintiffs' claims are typical of the claims of Class members, all of whom were similarly affected by Defendants' wrongful conduct in violation of the federal securities laws, as complained of herein.

207. Lead Plaintiffs will fairly and adequately protect the interests of Class members, and have retained counsel competent and experienced in class and securities litigation. Lead Plaintiffs have no interests antagonistic to, or in conflict with, those of the Class.

208. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

A. whether Defendants violated the federal securities laws;

B. whether statements made by Defendants to the investing public and Endava's shareholders during the Class Period omitted or misstated material facts about the Company's business, operations, and prospects;

C. whether the Defendants knew or recklessly disregarded that their statements were false and/or misleading;

D. whether the price of Endava's ADS was artificially inflated; and

E. to what extent Class members have sustained damages and the proper measure of damages.

209. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Further, as the damages suffered by individual Class members may be relatively small, the expense and burden

of individual litigation would make it impossible for them to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## IX. APPLICABILITY OF THE FRAUD-ON-THE-MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE

210. The market for Endava's ADS was open, well developed, and efficient at all relevant times. As a result of Defendants' materially false or misleading statements and material omissions, the Company's ADS traded at artificially inflated prices during the Class Period. Lead Plaintiffs and other members of the Class purchased or otherwise acquired Endava's ADS, relying on the integrity of the market price of such securities and on publicly available market information relating to Endava. Lead Plaintiffs and Class members have been damaged thereby.

211. During the Class Period, the artificial inflation of the value of Endava's ADS was caused by the material misrepresentations and omissions alleged in this Amended Complaint, thereby causing the damages sustained by Lead Plaintiffs and other Class members. As alleged herein, during the Class Period, Defendants made, or caused to be made, a series of materially false or misleading statements about the Company's business, prospects, and operations, causing the price of the Company's ADS to be artificially inflated at all relevant times. When the truth was disclosed and/or materialized, it drove down the value of Endava's ADS, causing Lead Plaintiffs and other Class members that had purchased or otherwise acquired Endava's ADS at artificially inflated prices to be damaged as a result.

212. At all relevant times, the market for Endava's ADS was efficient for the following reasons, among others:

A. Endava's ADS met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient and automated market;

B. as a regulated issuer, Endava filed periodic public reports with the SEC and/or the NYSE;

C. Endava regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services, on earnings calls, and at investor and analyst conferences; and

D. Endava was followed by securities analysts employed by brokerage firms, who wrote reports about the Company, and these reports were distributed to the sales force and certain clients of their respective brokerage firms and were made publicly available.

213. Based on the foregoing, during the Class Period, the market for Endava's ADS promptly digested information regarding the Company from all publicly available sources and reflected such information in the price of Endava's ADS. Under these circumstances, the market for Endava's ADS was efficient during the Class Period and, therefore, investors' purchases and acquisitions of Endava's ADS at artificially inflated market prices give rise to a Class-wide presumption of reliance under the fraud-on-the-market doctrine.

214. A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded in Defendants' material misstatements and/or omissions, which concealed throughout the Class Period the undisclosed information set forth herein, including in §§IV.C & D, *supra*.

215. Because this action involves Defendants' failure to disclose and the omission of material adverse information regarding the Company's business, operations, and prospects—information that Defendants were obligated to disclose during the Class Period but did not—

positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld were material in the sense that a reasonable investor might have considered them important in the making of investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## X. NO SAFE HARBOR

216. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the statements alleged to be untrue or misleading herein that relate to then-existing facts and conditions, nor does it apply to any material omissions alleged herein. To the extent that statements alleged to be untrue or misleading are characterized as forward-looking, the statutory safe harbor does not apply to such statements because they were not sufficiently identified as "forward-looking statements" when made, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the forward-looking statements, and Defendants had actual knowledge that the forward-looking statements were materially untrue or misleading at the time each such statement was made.

217. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those untrue or misleading forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially untrue or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Endava who knew that the statement was untrue, misleading, or omitted relevant information when made.

## XI. COUNTS

**COUNT I**
**Violation of §10(b) of the Exchange Act and**
**Rule 10b-5 Promulgated Thereunder**
**(Against All Defendants)**

218. Lead Plaintiffs repeat and reallege each and every allegation set forth above as if fully set forth herein. This claim is asserted against Endava, Cotterell, and Thurston for violations of §10(b) of the Exchange Act, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5, on behalf of all persons and entities that purchased or otherwise acquired Endava's ADS between May 23, 2023, and February 28, 2024, inclusive.

219. Throughout the Class Period, Endava, Cotterell, and Thurston: (i) knowingly, or with reckless disregard, deceived the investing public, including Lead Plaintiffs and Class members, as alleged herein; (ii) artificially inflated and/or maintained the market price of Endava's ADS; and (iii) caused Lead Plaintiffs and Class members to purchase or otherwise acquire Endava's ADS at artificially inflated prices.

220. Each of the listed Defendants here, in violation of §10(b) of the Exchange Act and Rule 10b-5(b), made false statements of material facts and omitted to state material facts necessary to make the statements made by Defendants not misleading, which operated as a fraud and deceit upon Lead Plaintiffs and the Class, in an effort to create or maintain an artificially inflated price of Endava's ADS during the Class Period. Defendants' material misrepresentations and omissions are alleged in §V, *supra*.

221. As a result of their making and/or substantially participating in the creation of affirmative statements to the investing public, Endava, Cotterell, and Thurston had a duty to promptly disseminate truthful information that would be material to investors in compliance with applicable laws and regulations.

222. As officers, directors, and controlling persons of a publicly traded Company, whose ADS is registered with the SEC, pursuant to the Exchange Act, traded on the NYSE, and governed by the provisions of the federal securities laws, Cotterell and Thurston had a duty to promptly disseminate accurate and truthful information regarding the Company's financial condition and performance, growth, operations, financial statements, business, markets, management, earnings, and present and future business prospects, and to correct any previously issued statements that had become materially false or misleading, so that the market price of the Company's publicly traded securities would be based upon truthful and accurate information.

223. Endava, Cotterell, and Thurston, individually, and in concert, directly and indirectly, by the use, means, or instrumentalities of interstate commerce and/or of the mails, made, or substantially participated in, the creation and/or dissemination of false or misleading statements of material fact, as set forth herein, or with reckless disregard failed to ascertain and disclose truthful facts, even though such facts were available to them.

224. The facts alleged herein give rise to a strong inference that Endava, Cotterell, and Thurston each acted with scienter. Endava, Cotterell, and Thurston each knew, or recklessly disregarded, that the Class Period statements set forth in §V, *supra*, contained material misrepresentations and omissions for the reasons set forth herein.

225. By virtue of Cotterell's and Thurston's positions of management and control within Endava, they had access to undisclosed adverse information about the Company and its business, operations, operational trends, finances, and present and future business prospects. Cotterell and Thurston would ascertain such information through the Company's internal corporate documents; access to BWS and Microsoft Dynamics; conversations and connections with corporate officers and employees; attendance at conferences and management and Board of Directors meetings,

including committees thereof; and reports and other information provided to them in connection with their roles and duties as Endava officers and directors.

226. Cotterell and Thurston were aware of, or recklessly disregarded, that material misrepresentations and omissions were being made regarding the Company, and approved or ratified such statements in violation of the federal securities laws.

227. As a result of Cotterell's and Thurston's dissemination of the materially false or misleading information, and their failure to disclose material facts, as alleged herein, the market price of Endava's ADS was artificially inflated throughout the Class Period. Unaware that the market price of Endava's ADS was artificially inflated, relying directly or indirectly on the false or misleading statements made by Endava, Cotterell, and Thurston, at the times such statements were made, or relying upon the integrity of the market in which Endava's ADS traded, and in the absence of material adverse information that was known, or recklessly disregarded, by Endava, Cotterell, and Thurston, but not disclosed to the public, Lead Plaintiffs and Class members purchased or otherwise acquired Endava's ADS at artificially inflated prices.

228. Had Lead Plaintiffs and the other Class members known the truth regarding the problems that Endava was experiencing, which were not disclosed by Endava, Cotterell, or Thurston, Lead Plaintiffs and other Class members would not have purchased or otherwise acquired Endava's ADS during the Class Period; or, if they had acquired such securities, they would not have done so at the artificially inflated prices which they paid.

229. As a direct and proximate result of Endava's, Cotterell's, and Thurston's wrongful conduct, Lead Plaintiffs and the other Class members suffered damages in connection with their respective purchases and sales of Endava's ADS during the Class Period, when the artificial inflation in the price of such securities dissipated, as the truth regarding Endava's, Cotterell's, and

Thurston's conduct was revealed and/or the undisclosed risks materialized, causing the price of Endava's ADS to decline, resulting in economic losses to Lead Plaintiffs and the Class.

230. By reason of the foregoing, Endava, Cotterell, and Thurston violated §10(b) of the Exchange Act and Rule 10b-5(b) promulgated thereunder, and are liable to Lead Plaintiffs and the Class for damages suffered in connection with their purchases of Endava's ADS during the Class Period.

**COUNT II**
**Violation of §20(a) of the Exchange Act**
**(Against Cotterell and Thurston)**

231. Lead Plaintiffs repeat and reallege each and every allegation set forth above as if fully set forth herein. This claim is asserted against Cotterell and Thurston for violations of §20(a) of the Exchange Act, 15 U.S.C. §78t(a), on behalf of all persons and entities that purchased or otherwise acquired Endava's ADS between May 23, 2023, and February 28, 2024, inclusive.

232. Endava is a primary violator of §10(b) and Rule 10b-5 promulgated thereunder.

233. During their tenures as officers and directors of Endava, Cotterell and Thurston were controlling persons of the Company within the meaning of §20(a) of the Exchange Act. By reason of their positions of control and authority as officers and directors of Endava, Cotterell and Thurston had the power and authority to direct the management and activities of the Company and its employees, and to cause the Company to engage in the wrongful conduct complained of in this Amended Complaint.

234. As more fully described above, in their capacities as senior corporate officers of Endava, Cotterell and Thurston had direct and supervisory involvement in the day-to-day operations of the Company, and are therefore presumed to have had the power to control or influence, and during the Class Period did exercise that power to control and influence, the conduct giving rise to the violations of the Exchange Act alleged herein. Cotterell and Thurston signed,

prepared, or were responsible for preparing, the Company's statements to the market, including those made during Endava's earnings calls and at analyst and investor conferences. Cotterell and Thurston controlled Endava and each of its employees. As a result of the foregoing, Cotterell and Thurston, together and individually, were controlling persons of Endava within the meaning of §20(a) of the Exchange Act.

235. Cotterell and Thurston were able to, and did, control the content of the various SEC filings, and other public statements pertaining to the Company during the Class Period. Cotterell and Thurston were provided with copies of earnings call and analyst and investor conference scripts, as alleged herein, containing false statements and/or material misstatements and omissions prior to, or shortly after, their issuance and had the ability and/or opportunity to prevent the issuance of such documents or cause them to be corrected. Accordingly, Cotterell and Thurston are responsible for the accuracy of the Company's public statements.

236. By virtue of their positions as controlling persons of Endava, and by reason of the conduct described in this Count, Cotterell and Thurston are liable pursuant to §20(a) of the Exchange Act for controlling a primary violator of the federal securities laws. As a direct and proximate result of Cotterell's and Thurston's wrongful conduct, Lead Plaintiffs and other Class members suffered damages in connection with their purchases of Endava ADS during the Class Period.

## XII. PRAYER FOR RELIEF

237. WHEREFORE, Lead Plaintiffs, individually and on behalf of the Class, pray for relief and judgment as follows:

A. Declaring this action to be a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of the Class defined herein;

B. Awarding compensatory damages in favor of Lead Plaintiffs and all other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including pre-judgment and post-judgment interest thereon;

C. Awarding Lead Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel and expert fees; and

D. Awarding such other and further relief as the Court may deem just and proper.

## XIII. JURY TRIAL DEMANDED

238. Lead Plaintiffs hereby demand a trial by jury.

DATED: October 23, 2026

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Max R. Schwartz
Max R. Schwartz
Donald A. Broggi
Thomas L. Laughlin, IV
Jeffrey P. Jacobson
Nicolas Apter-Vidler
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
mschwartz@scott-scott.com
dbroggi@scott-scott.com
tlaughlin@scott-scott.com
jjacobson@scott-scott.com
napter-vidler@scott-scott.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
Robert D. Gerson
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
srudman@rgrdlaw.com
rgerson@rgrdlaw.com
drosenfeld@rgrdlaw.com

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky
Atara Twersky
Lawrence D. Levit
Tanya Korkhov
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
mtwersky@aftlaw.com
atwersky@aftlaw.com
llevit@aftlaw.com
tkorkhov@aftlaw.com

*Counsel for Lead Plaintiffs City of Fort Lauderdale General Employees' Retirement System, Trust of the Retirement System of the UPR, and Fulton County Employees' Retirement System*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Max R. Schwartz
Max R. Schwartz